IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al. for and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>    Defendants. | Case No. 06CV02239 (CKK)<br><br>**Motion for Permission to Appear Pro Hac Vice** |

  1. Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the District of Columbia, I, David Lyman Gover, move this Court for permission to appear in the above-captioned action, *pro hac vice*, on behalf of The Nez Perce Tribe, et al., and other members of the class. In support of this motion, I state the following:

  2. I am a resident of the State of Colorado and I am a staff attorney in the Boulder, Colorado office of the Native American Rights Fund (NARF), a non-profit law firm specializing in federal Indian law. My office address is 1506 Broadway, Boulder, Colorado 80302. My telephone number is (303) 447-8760 and fax number is (303) 443-7776. My e-mail address is dgover@narf.org.

  3. I certify that I am a member in good standing of the bar of the State of Oklahoma and the Muscogee (Creek) Nation. My Oklahoma attorney ID number is 19107 and my Muscogee (Creek) Nation bar number is 334. In addition to the courts of the State of Oklahoma, I am also an inactive member in good standing of the bar of the State of New Mexico and the

Navajo Nation. I further certify that I have never been disciplined by any bar, and am not currently suspended or disbarred from any court. I have never been admitted *pro hac vice* to this Court. Furthermore, I do not engage in the practice of law from an office located in the District of Columbia nor do I have an application for membership in the D.C. bar pending.

4. For purposes of this action I have joined with Mark C. Tilden, a staff attorney with NARF and a member in good standing of the bar of this Court. Mr. Tilden is located in NARF's Boulder office at 1506 Broadway, Boulder, Colorado 80302. His telephone number is (303) 447-8760 and fax number is (303) 443-7776. Mr. Tilden's DC Bar No. is 459438.

Dated this 5th day of January, 2007.

        Respectfully submitted,

         /s/ David L. Gover
        David L. Gover, Oklahoma Bar No. 19107
        Native American Rights Fund
        1506 Broadway
        Boulder, CO 80302
        (303) 447-8760
        dgover@narf.org

         /s/ Mark C. Tilden
        Mark C. Tilden, DC Bar No. 459438
        Native American Rights Fund
        1506 Broadway
        Boulder, CO 80302
        (303) 447-8760
        mctilden@narf.org

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of January, 2007, I placed in the U.S. mail, a true and correct copy of a **Motion for Permission to Appear** *Pro Hac Vice* to the following:

Dirk Kempthorne
Secretary of the Interior
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Henry M. Paulson
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Jeffrey A. Taylor
Attention: Civil Process Clerk
Uniteds States Attorney for the District of Columbia
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

                                                 /s/ Gayla Fills Pipe
                                                 Gayla Fills Pipe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al. for and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 06CV02239 (CKK) |

PROPOSED ORDER

Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the District of Columbia, David Lyman Gover, moved this Court for permission to appear in the above-captioned action, *pro hac vice*, on behalf of The Nez Perce Tribe, et al.

Upon consideration of this Motion, for good cause shown, it is hereby

ORDERED that David Lyman Gover's motion is GRANTED.

SO ORDERED.

DATED _____        _____
                                                                         Colleen Kollar-Kotelly
                                                                        United States District Judge