IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NEZ PERCE TRIBE, et al. for and on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 06CV02239 (CKK) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) | **Motion for Permission to Appear Pro Hac Vice** |
| Defendants. | ) ) | |

      1.      Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the District of Columbia, I, John E. Echohawk, move this Court for an Order granting permission to appear in the above-captioned action, *pro hac vice*, on behalf of the Nez Perce Tribe, et al., and other members of the class. In support of this motion, I state the following:

      2.      I am a resident of the State of Colorado and I am an attorney and the Executive Director of the Native American Rights Fund (NARF), a non-profit law firm specializing in federal Indian law. My office address is 1506 Broadway, Boulder, Colorado 80302. My telephone number is (303) 447-8760 and fax number is (303) 443-7776. My e-mail address is jechohwk@narf.org.

      3.      I certify that I am a member in good standing of the bar of the Supreme Court of the State of Colorado. My Colorado attorney ID number is 003535. In addition to the courts of the State of Colorado, I am admitted to practice in the following federal courts: U.S. Supreme Court and the U.S. Courts of Appeals for the Eighth and Ninth Circuits. I further certify that I

have never been disciplined by any bar, and am not currently suspended or disbarred from any court. I have never been admitted *pro hac vice* to this Court. I do not engage in the practice of law from an office located in the District of Columbia and I do not have an application for membership in the D.C. bar pending.

    4.    For purposes of this action I have joined with Mark C. Tilden, a staff attorney with NARF and a member in good standing of the bar of this Court. Mr. Tilden is located in NARF's Boulder office at 1506 Broadway, Boulder, Colorado 80302. His telephone number is (303) 447-8760 and fax number is (303) 443-7776. Mr. Tilden's DC Bar No. is 459438.

Dated this 5th day of January, 2007.

        Respectfully submitted,

        /s/ John E. Echohawk
        John E. Echohawk, Colorado Bar No. 003535
        Native American Rights Fund
        1506 Broadway
        Boulder, CO 80302
        (303) 447-8760
        jechohwk@narf.org

        /s/ Mark C. Tilden
        Mark C. Tilden, DC Bar No. 459438
        Native American Rights Fund
        1506 Broadway
        Boulder, CO 80302
        (303) 447-8760
        mctilden@narf.org

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of January, 2007, I placed in the U.S. mail, a true and correct copy of a **Motion for Permission to Appear** *Pro Hac Vice* to the following:

Dirk Kempthorne
Secretary of the Interior
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Henry M. Paulson
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Jeffrey A. Taylor
Attention: Civil Process Clerk
Uniteds States Attorney for the District of Columbia
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

                                        /s/ Gayla Fills Pipe
                                        Gayla Fills Pipe

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al. ) <br> for and on behalf of themselves and ) <br> all others similarly situated, ) <br> ) <br>                Plaintiffs, ) <br>     v. ) <br> ) <br> DIRK KEMPTHORNE, Secretary of ) <br> the Interior, et al., ) <br> ) <br>                Defendants. ) <br> _____) | Case No. 06CV02239 (CKK) |

### PROPOSED ORDER

Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the District of Columbia, John E. Echohawk, moved this Court for permission to appear in the above-captioned action, *pro hac vice*, on behalf of The Nez Perce Tribe, et al.

Upon consideration of this Motion, for good cause shown, it is hereby

ORDERED that John E. Echohawk's motion is GRANTED.

SO ORDERED.


DATED _____    _____
                                                                 Colleen Kollar-Kotelly
                                                                 United States District Judge