## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NEZ PERCE TRIBE, et al. | ) | |
| for and on behalf of themselves and | ) | |
| all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 06CV02239 (CKK) |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, Secretary of | ) | **Motion for Permission to Appear** |
| the Interior, et al., | ) | **Pro Hac Vice** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1.      Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the District of Columbia, I, Walter Roy Echo-Hawk, Jr., move this Court for an Order granting permission to appear in the above-captioned action, *pro hac vice*, on behalf of the Nez Perce Tribe, et al., and other members of the class.  In support of this motion, I state the following:

2.      I am a resident of the State of Colorado and I am a staff attorney in the Boulder, Colorado office of the Native American Rights Fund (NARF), a non-profit law firm specializing in federal Indian law.  My office address is 1506 Broadway, Boulder, Colorado 80302.  My telephone number is (303) 447-8760 and fax number is (303) 443-7776.  My e-mail address is wechohwk@narf.org.

3.      I certify that I am a member in good standing of the Bar of the Supreme Court of the State of Colorado.  My Colorado attorney ID number is 5216.  In addition to the courts of the State of Colorado,  I am admitted to practice in the following federal courts: U.S. Supreme Court and U.S. Court of Appeals for the Eight, Ninth and Tenth Circuits, as well as the District Court

of South Dakota. I further certify that I have never been disciplined by any bar, and am not

currently suspended or disbarred from any court.  I have never been admitted *pro hac vice* to this

Court.  I do not engage in the practice of law from an office located in the District of Columbia

and I do not have an application for membership in the D.C. bar pending.

      4.      For purposes of this action I have joined with Mark C. Tilden, a staff attorney

with NARF and a member in good standing of the bar of this Court.  Mr. Tilden is located in

NARF's Boulder office at 1506 Broadway, Boulder, Colorado 80302.  His telephone number is

(303) 447-8760 and fax number is (303) 443-7776. Mr. Tilden's DC Bar No. is 459438.


Dated this 5th day of January, 2007.

                Respectfully submitted,

                /s/ Walter R. Echo-Hawk, Jr.
                Walter Roy Echo-Hawk, Jr.
                Colorado Bar No. 5216
                Native American Rights Fund
                1506 Broadway
                Boulder, CO 80302
                (303) 447-8760
                wechohwk@narf.org

                /s/ Mark C. Tilden
                Mark C. Tilden, DC Bar No. 459438
                Native American Rights Fund
                1506 Broadway
                Boulder, CO 80302
                (303) 447-8760
                mctilden@narf.org

CERTIFICATE OF SERVICE


I hereby certify that on this 5th day of January, 2007, I placed in the U.S. mail, a true and correct copy of a **Motion for Permission to Appear *Pro Hac Vice*** to the following:

Dirk Kempthorne
Secretary of the Interior
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Henry M. Paulson
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Jeffrey A. Taylor
Attention: Civil Process Clerk
Uniteds States Attorney for the District of Columbia
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

                                             /s/ Gayla Fills Pipe_____
                                            Gayla Fills Pipe

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE NEZ PERCE TRIBE, et al.    )
for and on behalf of themselves and    )
all others similarly situated,    )
      )
      Plaintiffs,    )    Case No. 06CV02239 (CKK)
    v.    )
      )
DIRK KEMPTHORNE, Secretary of    )
the Interior, et al.,    )
      )
      Defendants.    )
_____)

## PROPOSED ORDER

Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the

District of Columbia, Walter Roy Echo-Hawk, Jr., moved this Court for permission to appear in

the above-captioned action, *pro hac vice*, on behalf of The Nez Perce Tribe, et al.

Upon consideration of this Motion, for good cause shown, it is hereby

ORDERED that Walter Roy Echo-Hawk, Jr.'s motion is GRANTED.

SO ORDERED.


DATED _____           _____
                                        Colleen Kollar-Kotelly
                                        United States District Judge