**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE NEZ PERCE TRIBE, et al.     )
for and on behalf of themselves and     )
all others similarly situated,     )
     )
          Plaintiffs,     )     Case No. 06CV02239 (JR)
         v.     )
     )
DIRK KEMPTHORNE, Secretary of     )     **Motion for Permission to Appear**
the Interior, et al.,     )     **Pro Hac Vice**
     )
          Defendants.     )
_____)

     1.     Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the District of Columbia, I, Dawn Sturdevant Baum, move for permission to appear in the above-captioned action, *pro hac vice*, on behalf of the Nez Perce Tribe, et al., and other members of the class.  In support of this motion, I state the following:

     2.     I am a resident of the District of Columbia and I am a staff attorney in the Washington, D.C. office of the Native American Rights Fund (NARF), a non-profit law firm specializing in federal Indian law.  My office address is 1712 N Street NW, Washington, D.C. 20036.  My telephone number is (202) 785-4166 and fax number is (202) 822-0068.  My e-mail address is dbaum@narf.org.

     3.     I certify that I am a member in good standing of the bar of the Supreme Court of the State of Wisconsin.  My Wisconsin attorney ID number is 1037326.  In addition to the courts of the State of Wisconsin,  I am admitted to practice in the courts of the State of New Mexico and the Muscogee (Creek) Nation, as well as in the Eastern and Western Federal District Courts

of Wisconsin.  I am an inactive member in good standing of the bar of the Navajo Nation.  I

further certify that I have never been disciplined by any bar, and am not currently suspended or

disbarred from any court.  I have never been admitted *pro hac vice* to this Court, although, I

currently have an application for membership in the D.C. bar pending.

      4.     For purposes of this action I have joined with Mark C. Tilden, a staff attorney

with NARF and a member in good standing of the bar of this Court.  Mr. Tilden is located in

NARF's Boulder office at 1506 Broadway, Boulder, Colorado 80302.  His telephone number is

(303) 447-8760 and fax number is (303) 443-7776.  Mr. Tilden's DC Bar No. is 459438.


Dated this 8th day of January, 2007.

                       Respectfully submitted,


                 /s/ Dawn Sturdevant Baum
                 Dawn Sturdevant Baum, Wisconsin Bar No. 1037326
                 Native American Rights Fund
                 1712 N Street NW
                 Washington, D.C. 20036
                 (202) 785-4166
                 dbaum@narf.org

                 /s/ Mark C. Tilden
                 Mark C. Tilden, DC Bar No. 459438
                 Native American Rights Fund
                 1506 Broadway
                 Boulder, CO 80302
                 (303) 447-8760
                 mctilden@narf.org

CERTIFICATE OF SERVICE


I hereby certify that on this 8th day of January, 2007, I placed in the U.S. mail, a true and correct copy of a **Motion for Permission to Appear *Pro Hac Vice*** to the following:

Dirk Kempthorne
Secretary of the Interior
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Henry M. Paulson
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Jeffrey A. Taylor
Attention: Civil Process Clerk
Uniteds States Attorney for the District of Columbia
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


                                          /s/ Gayla Fills Pipe
                                        Gayla Fills Pipe

3

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

THE NEZ PERCE TRIBE, et al.     )
for and on behalf of themselves and  )
all others similarly situated,      )
                                      )
               Plaintiffs,     )     Case No. 06CV02239 (JR)
            v.                   )
                                        )
DIRK KEMPTHORNE, Secretary of  )
the Interior, et al.,              )
                                        )
               Defendants.    )
_____)

### PROPOSED ORDER

Pursuant to Rules 83.2(c) and 83.2(d) of the Rules of the U.S. District Court for the

District of Columbia, Dawn Sturdevant Baum, moved this Court for permission to appear in the

above-captioned action, *pro hac vice*, on behalf of The Nez Perce Tribe, et al.

Upon consideration of this Motion, for good cause shown, it is hereby

ORDERED that Dawn Sturdevant Baum's motion is GRANTED.

SO ORDERED.


DATED _____          _____

                                       James Robertson
                                       United States District Judge