CERTIFICATE OF SERVICE

I hereby certify that on this16th day of January, 2007, I placed in the U.S. mail, certified-return receipt, a true and correct copy of the **Related Cases Form (Document 2)** for Case 1:06-cv-02239-JR to the following:

Dirk Kempthorne
Secretary of the Interior
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Henry M. Paulson
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Jeffrey A. Taylor
Attention: Civil Process Clerk
Uniteds States Attorney for the District of Columbia
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

 /s/ Gayla Fills Pipe
Gayla Fills Pipe

CLERK'S OFFICE        CO-932
UNITED STATES DISTRICT COURT        Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

       Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

       Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

       Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must complete the following:

I.      RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

       A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

     ☐    (a)      relates to common property

     ☒    (b)      involves common issues of fact

     ☒    (c)      grows out of the same event or transaction

     ☐    (d)      involves the validity or infringement of the same patent

     ☐    (e)      is filed by the same pro se litigant

2.      RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

       A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

       Check box if new case is related to a dismissed case:    ☒

3.      NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

     **US Court of Federal Claims; US District Court for the Eastern District of Washington**

4.      CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**SEE OTHER SIDE** _____ v. _____ C.A. No. _____

**12-27-06** _____

DATE            Signature of Plaintiff /Defendant (or counsel)

## Related Cases

*Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States. The Arapaho Indian Tribe of the Wind River Reservation, Wyoming v. United States*; 79-459 (Fed. Cl.).

*Assiniboine and Sioux Tribes v. Norton*; 02-CV-0035 (D.D.C.).

*Blackfeet Tribe v. United States*, 02-127L (Fed. Cl.).

*Cheyenne River Sioux Tribe v. Kempthone et al*; 06-1897 (D.D.C.).

*Chippewa Cree Tribe, Little Shell Tribe, Turtle Mountain Band v. United States*; 92-675 (Fed.Cl.).

*Chippewa Cree Tribe v. United States;* 02-CV-276 (D.D.C.).

*Confederated Tribes of the Goshute Reservation v. Kempthorne et al*; 06-1902 (D.D.C.).

*Confederated Tribes of the Colville Reservation v. Norton*; 05-2471 (D.D.C.).

*Confederated Tribes of the Warm Springs Reservation v. United States*; 02-126L (Fed. Cl.).

*Confederated Tribes and Bands of the Yakama Nation v. Norton et al*; 01-3109 (E.D. Wash.). [dismissed without prejudice].

*Crow Creek Sioux Tribe of Indians v. Norton*; 04-900 (D.D.C.).

*Crow Creek Sioux Tribe v. United States*; 05-1383 (Fed. Cl.).

*Delaware Tribe of Indians and Delaware Trust Board v. United States*; 02-CV-26L (Fed. Cl.).

*Iowa Tribe of Kansas and Nebraska v. Kempthorne et al*; 06-1899 (D.D.C.).

*Jicarilla Apache Nation v. United States*; 02-25L (Fed. Cl.).

*Lower Brule Sioux Tribe v. Norton et al*; 05-702 (D.D.C.).

*Navajo Nation v. United States*; 93-763 (Fed. Cl.).

*Oglala Sioux v. Kempthorne et al*; 04-CV-1126 (D.D.C.).

*Oglala Sioux Tribe v. United States*; 05-CV-1378 (Fed. Cl.).

*Omaha Tribe of Nebraska v. Norton et al*; 04-901 (D.D.C.).

*Osage Tribe of Indians of Oklahoma v. United States*; 99-550L (Fed. Cl.).

*Osage Nation and/or Tribe of Indians of Oklahoma v. United States*; 00-169L (Fed. Cl.).

*Osage Tribe of Indians of Oklahoma v. United States*; 04-283 (D.D.C.).

*Pueblo of Laguna v. United States*; 02-24L (Fed. Cl.).

*Prairie Band of Potawatomi Nation v. Norton et al*; 05-2496 (D.D.C.).

*Rosebud Sioux Tribe v. Norton et al*; 05-2492 (D.D.C.).

*Santee Sioux Tribe of Nebraska v. Norton et al*; 03-CV-1602 (D.D.C.). [dismissed without prejudice].

*Santee Sioux Tribe v. United States*; 05-CV-1382 (Fed. Cl.). [dismissed without prejudice].

*Shoshone-Bannock, et al v. Norton, et al*; 02-CV-54 (D.D.C.).

*Standing Rock Sioux v. Kempthone et al*; 02-CV-40 (D.D.C.).

*Stillaguamish Tribe of Indians v. Kempthorne et al*; 06-1898 (D.D.C.).

*Te-Moak Tribe of Western Shoshone Indians v. Norton et al*; 05-2500 (D.D.C.).

*Three Affiliated Tribes of Fort Berthold Reservation v. Kempthorne et al*; 02-CV-253 (D.D.C.).

*Winnebago Tribe of Nebraska v. Norton et al*; 05-2493 (D.D.C.).

*Wyandot Nation of Kansas v. Norton et al*; 05-2491 (D.D.C.).

*Yankton Sioux Tribe v. Kempthorne et al*; 03-CV-1603 (D.D.C.).

*Yankton Sioux Tribe v. United States*; 05-1291 (Fed. Cl.). [dismissed].