UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE NEZ PERCE TRIBE, *et al.*,  :
:
    Plaintiffs,  :
:
  v.  : Civil Action No. 06-2239 (JR)
:
DIRK KEMPTHORNE, Secretary of  :
the Interior, *et al.*,  :
:
    Defendants.  :

## ORDER

Upon consideration of plaintiffs' motions for the *pro hac vice* appearance of David L. Gover [3], Donald R. Wharton [4], John E. Echohawk [5], Melody L. McCoy [6], Walter R. Echo-Hawk, Jr. [7] and Dawn Sturdevant Baum [8] it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge