IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:06-cv-02239-JR |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary of the Interior, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearances of Anthony P. Hoang and Martin J. LaLonde as counsel of record for Defendants in this case.

Service of all papers on Mr. Hoang and Mr. LaLonde by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Mr. Hoang and Mr. LaLonde should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3150
Washington, D.C. 20004

Respectfully submitted this 23rd day of January, 2007,

        MATTHEW McKEOWN
        Acting Assistant Attorney General

        */s/ Anthony P. Hoang*
        ANTHONY P. HOANG, FL Bar #798193
        Anthony.Hoang@usdoj.gov

        */s/ Martin J. LaLonde*
        MARTIN J. LALONDE, IL Bar #6218249
        Martin.Lalonde@usdoj.gov
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0247
        Fax: (202) 353-2120

        Attorneys for Defendants

OF COUNSEL:

KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on January 23, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and electronic mail or telefax, unless otherwise noted below, on the following counsel:

Mark C. Tilden
Melody L. McCoy
Donald R. Wharton
David R. Gover
John E. Echohawk
Walter R. Echo-Hawk, Jr.
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Fax: (303) 443-7776

Dawn Sturdevant Baum
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036
Fax: (202) 822-0068

>   */s/ Anthony P. Hoang*
>   ANTHONY P. HOANG