IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al.<br>for and on behalf of themselves and<br>all others similarly situated,<br><br>                Plaintiffs,<br>     v.<br><br>DIRK KEMPTHORNE, Secretary of<br>the Interior, et al.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)   No. 1:06-cv-02239-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND MOTION OF Melody L. McCoy
TO APPEAR *PRO HAC VICE*, AND TO AMEND ORDER OF JANUARY 19, 2007, OR,
IN THE ALTERNATIVE, FOR A NEW ORDER GRANTING PERMISSION
TO APPEAR *PRO HAC VICE* OF Melody L. McCoy, John E. Echohawk,
Walter R. Echo-Hawk, Jr., Donald R. Wharton, David L. Gover, and Dawn S. Baum**

Introduction

On January 5, 2007, Melody L. McCoy, John E. Echohawk, Walter R. Echo-Hawk, Jr., Donald R. Wharton, and David L. Gover, all of whom are attorneys at the Native American Rights Fund law firm moved this Court pursuant to LCvRs 83.2(c) and 83.2(d) for Orders granting permission to appear in this action as Plaintiffs' counsel *pro hac vice*. On January 8, 2007, Dawn S. Baum, who is an attorney at the Native American Rights Fund law firm, moved this Court for an Order granting permission to appear in this action as Plaintiffs' counsel *pro hac vice*. All Plaintiffs' counsel moving for *pro hac vice* appearances in this action have joined with Mark C. Tilden, who is an attorney at the Native American Rights Fund law firm and who is a member in good standing

of the Bar of this Court for purposes of their appearances.

On January 19, 2007, this Court entered an Order in response to these motions that provides, in relevant part, that, "leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically." Order (Jan. 19, 2007) (emphasis in original).

Pursuant to the Court's January 19, 2007 Order, Melody L. McCoy respectfully moves for leave to amend her Motion to Appear *Pro Hac Vice* as follows, and to amend the January 19, 2007 Order, or, in the alternative, for a new Order granting unconditionally the motions for leave to appear *pro hac vice* of Melody L. McCoy, John E. Echohawk, Walter R. Echo-Hawk, Jr., Donald R. Wharton, David L. Gover, and Dawn S. Baum. Pursuant to LcvR 7(m), Plaintiffs' Counsel conferred with opposing counsel Anthony M. Hoang, who entered his appearance in this action on January 23, 2007 as counsel for the Defendants, regarding this Motion and Mr. Hoang stated that he does not oppose this Motion. In support of this Motion, Ms. McCoy states the following:

<u>Points and Authorities</u>

1. I am a resident of the State of Colorado and I am a staff attorney in the Boulder, Colorado office of the Native American Rights Fund (NARF), a non-profit law firm specializing in federal Indian law. My office address is 1506 Broadway, Boulder, Colorado 80302. My telephone number is (303) 447-8760 and fax number is (303) 443-7776. My e-mail address is mmccoy@narf.org.

2. I certify that I am a member in good standing of the bar of the Supreme Court of the State of Colorado. My Colorado attorney ID number is 016960. In addition to the courts of the State

of Colorado, I am admitted to practice in the following federal courts: U.S. Supreme Court; U.S. Courts of Appeals for the Eighth, Ninth, Tenth, and Federal Circuits; and, U.S. Court of Federal Claims. I am also an inactive member in good standing of the bar of the Supreme Court of the State of Massachusetts. I further certify that I have never been disciplined by any bar, and am not currently suspended or disbarred from any court. I have been admitted *pro hac vice* to this Court one time, in 2003. I do not engage in the practice of law from an office located in the District of Columbia and I do not have an application for membership in the D.C. bar pending.

3.    I have undergone CM/ECF training and I obtained a CM/ECF username and password on May 2, 2006. If I am permitted to appear in this case, I agree to file papers electronically.

4.     For purposes of this action I have joined with Mark C. Tilden, a staff attorney with NARF and a member in good standing of the bar of this Court. Mr. Tilden is located in NARF's Boulder office at 1506 Broadway, Boulder, Colorado 80302. His telephone number is (303) 447-8760 and fax number is (303) 443-7776. Mr. Tilden's DC Bar No. is 459438.

Pursuant to LcvR 7(c), a Proposed Order granting this Motion is submitted herewith.

Dated this 22nd day of January, 2007.

                              Respectfully submitted,

                              /s/ Melody L. McCoy
                              Melody L. McCoy, Colorado Bar No. 016960
                              Native American Rights Fund
                              1506 Broadway
                              Boulder, CO 80302
                              T: (303) 447-8760
                              F: (303) 443-7776
                              mmccoy@narf.org

                              /s/ Mark C. Tilden
                              Mark C. Tilden, DC Bar No. 459438
                              Native American Rights Fund
                              1506 Broadway
                              Boulder, CO 80302
                              T: (303) 447-8760
                              F: (303) 443-7776
                              mctilden@narf.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2007, a true and correct copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION TO AMEND MOTION OF Melody L. McCoy TO APPEAR *PRO HAC VICE*, AND TO AMEND ORDER OF JANUARY 19, 2007, OR, IN THE ALTERNATIVE, FOR A NEW ORDER GRANTING PERMISSION TO APPEAR *PRO HAC VICE* OF Melody L. McCoy, John E. Echohawk, Walter R. Echo-Hawk, Jr., Donald R. Wharton, David L. Gover, and Dawn S. Baum, and PROPOSED ORDER, was served by Electronic Case Filing or by regular, first class United States mail, postage pre-paid, on the following counsel:

Anthony P. Hoang
Martin J. LaLonde
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
T: (202) 305-0241
T: (202) 305-0247
F: (202) 353-2120

Attorneys for Defendants


OF COUNSEL:

Kenneth Dalton
Office of the Solicitor
U.S. Department of the Interior
Washington, DC 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

                                                    */s/ Mark C. Tilden*
                                              MARK C. TILDEN, DC Bar No. 459438

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al._<br>for and on behalf of themselves and<br>all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　　v.<br><br>DIRK KEMPTHORNE, Secretary of<br>the Interior, et al.,<br><br>　　　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)　　No. 1:06-cv-02239-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

The Court, having considered PLAINTIFFS' UNOPPOSED MOTION TO AMEND MOTION OF Melody L. McCoy TO APPEAR *PRO HAC VICE*, AND TO AMEND ORDER OF JANUARY 19, 2007, OR, IN THE ALTERNATIVE, FOR A NEW ORDER GRANTING PERMISSION TO APPEAR *PRO HAC VICE* OF Melody L. McCoy, John E. Echohawk, Walter R. Echo-Hawk, Jr., Donald R. Wharton, David L. Gover, and Dawn S. Baum, finds, for good cause shown, that the Motion should be granted.  It is hereby ORDERED that: Melody L. McCoy, John E. Echohawk, Walter R. Echo-Hawk, Jr., Donald R. Wharton, David L. Gover, and Dawn S. Baum are granted leave to appear *pro hac vice*, on behalf of the Nez Perce Tribe, *et al.*, in this action

DATED _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　James Robertson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge