AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Nez Perce Tribe, et al.

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne
Secretary of the Interior

Henry M. Paulson
Secretary of the Treasury

CASE NUMBER   1:06CV02239

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/28/2006

TO: (Name and address of Defendant)

Henry M. Paulson
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark C. Tilden
Native American Rights Fund
1506 Broadway
Boulder, CO 80302

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 2 8 2006
_____              _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/5/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Gayla Fills Pipe | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed the summons and a copy of the complaint by certified mail return receipt requested to Henry M. Paulson, U.S. Secretary of the Treasury located at: 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-5-07        [signature]
                Date        Signature of Server

3465 Ash Ave, Boulder, CO 80305
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Henry M. Paulson
   Secretary of the Treasury
   United States Department of the Treasury
   1500 Pennsylvania Avenue, N.W.
   Washington, D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name): JAN 11 2007
C. Date of Delivery:

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)

Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540