CLERK'S OFFICE   CO-932
UNITED STATES DISTRICT COURT   Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

1:06-cv-00239-JR
Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

    Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

    Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

    Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

    [ ] (a)    relates to common property

    [X] (b)    involves common issues of fact

    [X] (c)    grows out of the same event or transaction

    [ ] (d)    involves the validity or infringement of the same patent

    [ ] (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: [X]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
    **Court of Federal Claims; W.D. Okla; E.D. Okla; N.D. Okla; D. N.V.**

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**SEE ATTACHED** _____ v. _____ C.A. No. _____

**1/2/07**
DATE                  Signature of Plaintiff/Defendant (or counsel)

NOTICE OF DESIGNATION OF RELATED CASES
SUPPLEMENTAL LISTING
NEZ PERCE ET AL. V. KEMPTHORNE ET AL., 1:06-CV-02239-JR

1. *Ak-Chin Indian Community v. Kempthorne et al.*, 1:06-cv-02245-JR (D.D.C.)
2. *Ak-Chin Indian Community v. U.S.A*, 1:06-cv-00932-ECH (Fed. Cl.)
3. *Alabama-Quassarte Tribal Town v. U.S.A.*, 6:06-cv-00558-SPS (E.D. Okla.)
4. *Cheyenne River Sioux Tribe v. U.S.A.*, 1:06-cv-00915-NBF (Fed. Cl.)
5. *Coeur D'Alene Tribe v. Kempthorne et al.*, 1:06-cv-02242-JR (D.D.C.)
6. *Coeur D'Alene Tribe v. U.S.A.*, 1:06-cv-00940-EJD (Fed. Cl.)
7. *Colorado River Indian Tribes v. Kempthorne et al.*, 1:06-cv-02212-JR (D.D.C)
8. *Colorado River Indian Tribes v. U.S.A.*, 1:06-cv-00901-LAS (Fed. Cl.)
9. *Confederated Tribes of Goshute v. U.S.A.*, 1:06-cv-00912-EGB (Fed. Cl.)
10. *Eastern Shawnee of Oklahoma v. Kempthorne et al.*, 1:06-cv-02162-JR (D.D.C.)
11. *Eastern Shawnee of Oklahoma v. U.S.A.*, 1:06-cv-00917-CFL (Fed. Cl.)
12. *Eastern Shoshone Indian Tribe et al. v. U.S.A.*, 1:06-cv-00903-ECH [Consolidated with cases 1:79-cv-00458-ECH & 1:79-cv-00459-ECH] (Fed. Cl.)
13. *Gila River Indian Community v. Kempthorne et al.*, 1:06-cv-02249-RJL (D.D.C)
14. *Gros VentreTribe et al. v. U.S.A.*, 1:06-cv-00931-MBH (Fed. Cl.)
15. *Haudenosaunee et al. v. Kempthorne et al.*, 1:06-cv-02254-RJL (D.D.C.)
16. *Haudenosaunee et al. v. U.S.A.*, 1:06-cv-00909-TCW (Fed. Cl.)
17. *Hoopa Valley Tribe v. U.S.A.*, 1:06-cv-00908-LMB (Fed. Cl.)
18. *Hopi Tribe, The v. U.S.A.*, 1:06-cv-00941-CFL (D.D.C.)
19. *Iowa Tribe of Kansas and Nebraska v. U.S.A.*, 1:06-cv-00920-EJD (Fed. Cl.)
20. *Kaw Nation v. Kempthorne et al.*, 5:06-cv-01437-W (W.D. Okla.)
21. *Kaw Nation v. U.S.A.*, 1:06-cv-00934-FMA (Fed. Cl.)
22. *Lower Brule Sioux Tribe v. U.S.A.*, 1:06-cv-00922-LB (Fed. Cl.)
23. *Makah Indian Tribe of the Makah Indian Reservation v. U.S.A*, 1:06-cv-00889-LJB (Fed. Cl.)
24. *Miami Tribe of Oklahoma v. U.S.A.*, 1:06-cv-00939-LSM (Fed. Cl.)
25. *Miami Tribe of Oklahoma v. Kempthorne et al.*, 4:06-cv-00698-JHP-SAJ (N.D. Okla.)
26. *Muscogee (Creek) Nation v. U.S.A.*, 1:06-cv-00918-JFM (Fed. Cl.)

27. *Muscogee (Creek) Nation of Oklahoma v. Kempthorne et al.*, 1:06-cv-02161-JR (D.D.C.)
28. *Navajo Nation v. U.S.A.*, 1:06-cv-00945-EGB (Fed. Cl.)
29. *Nez Perce Tribe v. U.S.A.*, 1:06-cv-00910-CFL (Fed. Cl.)
30. *Northern Cheyenne Tribe of Indians v. Kempthorne et al.*, 1:06-cv-02250-JR (D.D.C.)
31. *Northwestern Band of Shoshone v. Kempthorne et al.*, 1:06-cv-02163-JR (D.D.C.)
32. *Northwestern Band of Shoshone v. U.S.A.*, 1:06-cv-00914-LB (Fed. Cl.)
33. *Omaha Tribe of Nebraska v. U.S.A.*, 1:06-cv-0911-MBH (Fed. Cl.)
34. *Otoe-Missouria Tribe of Indians v. U.S.A.*, 1:06-cv-00937-LAS (Fed. Cl.)
35. *Otoe-Missouria Tribe of Oklahoma v. Kempthorne et al.*, 5:06-cv-01436-C (D.D.C.)
36. *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony v. U.S.A.*, 1:06-cv-00897-MCW (Fed. Cl.)
37. *Passamaquoddy Tribe of Maine v. Kempthorne et al.*, 1:06-cv-02240-JR (D.D.C.)
38. *Passamaquoddy Tribe v. U.S.A.*, 1:06-cv-00942-LJB (Fed. Cl.)
39. *Pawnee Nation of Oklahoma v. U.S.A.*, 1:07-cv-00002-SGB (Fed. Cl.)
40. *Pawnee Nation of Oklahoma v. Kempthorne et al.*, 4:07-cv-00003-TCK-FHM (D.D.C.) (Voluntarily Dismissed by Plaintiff)
41. *Pechanga Band of Luiseno Mission Indians v. Kempthorne et al.*, 1:06-cv-02206-JR (D.D.C.)
42. *Ponca Tribe of Indians of Oklahoma v. U.S.A. et al.*, 5:06-cv-01439-C (W.D. Okla.)
43. *Prairie Band of Potwatomi Indians v. U.S.A.*, 1:06-cv-00921-LJB (Fed. Cl.)
44. *Pueblo of Santa Ana v. U.S.A.*, 1:06-cv-00892-LAS (Fed. Cl.)
45. *Quechan Tribe of the Fort Yuma Indian Reservation v. U.S.A.*, 1:06-cv-00888-SGB (Fed. Cl.)
46. *Red Cliff Band of Lake Superior Indians v. Kempthorne et al.*, 1:06-cv-02164-JR (D.D.C.)
47. *Red Cliff Band of Lake Superior Chippewa Indians v. U.S.A.*, 1:06-cv-00923-JPW (Fed. Cl.)
48. *Rosebud Sioux Tribe v. U.S.A.*, 1:06-cv-00924-EGB (Fed. Cl.)
49. *Round Valley Indian Tribes v. U.S.A.*, 1:06-cv-00900-SGB (Fed. Cl.)
50. *Salt River Pima-Maricopa Indian Community v. Kempthorne et al.*, 1:06-cv-02241-JR (D.D.C.)

51. *Salt River Pima-Maricopa Indian Community v. U.S.A.*, 1:06-cv-00943-LMB (Fed. Cl.)
52. *San Manuel Band of Serrano Missions Indians v. U.S.A.*, 1:06-cv-00893-CCM (Fed. Cl.)
53. *Seminole Nation of Oklahoma v. U.S.A.*, 1:06-cv-00935-GWM (Fed. Cl.)
54. *Seminole Nation of Oklahoma v. Kempthorne et al.*, 6:06-cv-00556-SPS (D.D.C.)
55. *Sioux Nation of Indians et al. v. U.S.A.*, 1:06-cv-00925-CCM [Voluntarily dismissed by Plaintiff] (Fed. Cl.)
56. *Sioux Nation of Indians et al. v. U.S.A., et al.*, 1:07-cv-00006-CKK [Voluntarily dismissed by Plaintiff] (D.D.C.)
57. *Soboba Band of Luiseno Indians v. U.S.A.*, 1:06-cv-00894-MBH (Fed. Cl.)
58. *Sokaogon Chippewa Community v. Kempthorne et al.*, 1:06-cv-02247-JR (D.D.C.)
59. *Sokaogon Chippewa Community v. U.S.A.*, 1:06-cv-00930-LJB (Fed. Cl.)
60. *Stillaguamish Tribe of Indians v. U.S.A.*, 1:06-cv-00916-NBF (Fed. Cl.)
61. *Swinomish Indian Tribal Community v. U.S.A.*, 1:06-cv-00899-FMA (Fed. Cl.)
62. *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. U.S.A.*, 1:06-cv-00904-LJB (Fed. Cl.)
63. *Tohono O'odham Nation v. Kempthorne et al.*, 1:06-cv-02236-JR (D.D.C.)
64. *Tohono O'odham Nation v. U.S.A.*, 1:06-cv-00944-FMA (Fed. Cl.)
65. *Tonkawa Tribe of Indians v. Kempthorne et al.*, 5:06-cv-01435-F (W.D. Okla.)
66. *Tonkawa Tribe of Indians v. U.S.A.*, 1:06-cv-00938-BAF (Fed. Cl.)
67. *United Keetoowah Band of Cherokee Indians in Oklahoma v. U.S.A.*, 1:06-cv-00936-TCW (Fed. Cl.)
68. *United Keetoowah Band of Cherokee Indians in Oklahoma v. U.S.A. et al.*, 6:06-cv-00559-RAW (E.D. Okla.)
69. *Ute Indian Tribe of Uintah and Ouray Reservation v. U.S.A.*, 1:06-cv-00866-MCW (Fed. Cl.)
70. *Western Shoshone National Council, et al. v. U.S.A.*, 3:04-cv-00702-LRH-VPC (D. N.V.)
71. *Western Shoshone National Council, et al. v. U.S.A.*, 1:05-cv-00558-LAS (Fed. Cl.)
72. *Winnebago Tribe of Nebraska v. U.S.A.*, 1:06-cv-00913-MMS (Fed. Cl.)
73. *Wyandot Nation of Kansas v. U.S.A.*, 1:06-cv-00919-LMB (Fed. Cl.)
74. *Yomba Shoshone Tribe v. U.S.A.*, 1:06-cv-00896-EJD (Fed. Cl.)