UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-2239 (JR) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | : |
| Defendants. | : |

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Melody L. McCoy [13], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge