IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, *et al.,*<br>for and on behalf of themselves<br>all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DIRK KEMPTHORNE,<br>SECRETARY OF THE INTERIOR, *et al.,*<br><br>　　　　　　　　Defendants. | Case No. 06cv02239-JR |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO SUBSTITUTE ATTORNEY OF RECORD / LEAD COUNSEL**

　　　　Pursuant to LCvRs 83.2(a) and (b), Plaintiffs respectfully move this Court for an Order granting leave to substitute their attorney of record / lead counsel in this matter. Both the previous and the new attorney of record / lead counsel are associated with the same law firm, the Native American Rights Fund, and both have signed this Motion.

　　　　The present attorney of record / lead counsel in this action is Mark C. Tilden, DC Bar No. 459438. Plaintiffs seek leave to substitute their attorney of record / lead counsel to Melody L. McCoy. Ms. McCoy's Motion for Entry of Appearance in this action was granted conditionally on January 31, 2007. (Doc. 23). On May 16, 2007, Ms. McCoy received notice of her registration to file pleadings in this Court's ECF system. In addition, on May 7, 2007 Ms. McCoy was duly admitted to the bar of this Court and remains an active member in good standing. Her U.S. District Court for the District of Columbia Bar No. is CO0043.

1

Pursuant to LCvR 7(c), a proposed order is submitted herewith this Motion. Pursuant to LCvR 7(m), Counsel for Plaintiffs submit that this Motion was discussed with Counsel for Defendants on May 7, 2007, and Plaintiffs' Counsel is authorized to state that Defendants do not oppose this Motion.

Dated this 22nd day of May, 2007

                                              Respectfully submitted,

                                              */s/ Mark C. Tilden*
                                              MARK C. TILDEN, DC Bar No. 459438
                                              Native American Rights Fund
                                              1506 Broadway
                                              Boulder, CO 80302
                                              Tel (303) 447-8760
                                              Fax (303) 443-7776
                                              Email mctilden@narf.org

                                              */s/ Melody L. McCoy*
                                              MELODY L. MCCOY, USDC DC Bar No. CO0043
                                              Native American Rights Fund
                                              1506 Broadway
                                              Boulder, CO 80302
                                              Tel (303) 447-8760
                                              Fax (303) 443-7776
                                              Email mmccoy@narf.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2007, a true and correct copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY OF RECORD / LEAD COUNSEL AND PROPOSED ORDER was served by Electronic Case Filing or by regular, first class United States mail, postage pre-paid, on the following counsel:


ANTHONY P. HOANG
MARTIN J. LALONDE
E. KENNETH STEGEBY
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
T: (202) 305-0241
T: (202) 305-0247
T: (202) 616-4119
F: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

THOMAS BARTMAN
ELISABETH C. BRANDON
KENNETH DALTON
Office of the Solicitor
U.S. Department of the Interior
Washington, DC 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

                                                                                           */s/ Mark C. Tilden*
                                                                      MARK C. TILDEN, DC Bar No. 459438

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NEZ PERCE TRIBE, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06cv02239-JR |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, *et al.*, | ) | . |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' unopposed Motion for Leave to Substitute Attorney of Record / Lead Counsel in this action. Upon consideration of Plaintiffs' unopposed Motion and for good cause shown, it is hereby ORDERED that:

The attorney of record / lead counsel in this action shall be substituted from Mark C. Tilden, DC Bar No. 459438 to Melody L. McCoy, USDC DC Bar No. CO0043.

SO ORDERED.

Date: _____    _____
HON. JAMES ROBERTSON
United States District Court