IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE NEZ PERCE TRIBE, *et al.*,   )
   )
   )
   Plaintiffs,   )
   )   No. 06cv02239-JR
   )
   v.   )
   )
DIRK KEMPTHORNE,   )
Secretary of the Interior, *et al.,*   )   .
   )
   )
   Defendants.   )
_____)

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME IN THE AMOUNT OF THIRTY (30) DAYS FROM JUNE 11, 2007
TO AND INCLUDING JULY 11, 2007 WITHIN WHICH PLAINTIFFS
MAY MOVE FOR CLASS CERTIFICATION**

Pursuant to LCvRs 7 and 23.1(b), Plaintiffs respectfully move this Court for an Order enlarging the time within which Plaintiffs may move for class certification in this action in the amount of thirty (30) days, from June 11, 2007 to and including July 11, 2007. In support of this unopposed Motion, Plaintiffs state the following specific points and authorities.

1. The Complaint in this action was filed on December 28, 2006 and was filed as an action sought to be maintained as a class action. (Doc. 1).

2. Under LCvR 23.1(b), plaintiffs must move for class certification within ninety (90) days after the filing of a complaint in a case sought to be maintained as a class action, unless the court in the exercise of its discretion has extended this period. Accordingly, under LCvR 23.1(b), Plaintiffs' motion for class certification was due on March 28, 2007, unless the Court in the exercise of its

1

discretion had extended this period.

3.  On March 19, 2007, Plaintiffs filed an Unopposed Motion for an Enlargement of Time in the Amount of Thirty Days following Defendants' Answer or other Response to Plaintiffs' Amended Complaint within which to Move for Class Certification (Doc. #25).  On March 27, 2007, this Court granted this motion of Plaintiffs.  On April 2, 2007, Plaintiffs filed an Amended Complaint (Doc. # 27), and on May 11, 2007, Defendants filed their Answer (Doc. #28). Accordingly, Plaintiffs' Motion for Class Certification is now due on June 11, 2007.

4.  Plaintiffs need an additional thirty (30) days from June 11, 2007 within which to file their motion for class certification primarily because Melody L. McCoy, who has been acting as lead counsel for Plaintiffs, and who has sought to be substituted as lead counsel / attorney of record (Doc #29), has been out of the office since May 15, 2007 for personal reasons (her five year old daughter needed major surgery in a state other than their home state of Colorado, and while the surgery has been done, she is still hospitalized and is expected to be so for another two to three weeks) and is not scheduled to return to work for at least another ten days.

5.  In addition, as the parties advised the Court in the Defendants' Motion for Enlargement of Time within which to File Answer (Doc. #24) and in the Plaintiffs' Motion for Enlargement of Time within which to Move for Class Certification (Doc. # 25), counsel for the parties have been conferring and working cooperatively on Plaintiffs' informal discovery requests related to class certification issues in this case.  In response to Plaintiffs' informal discovery requests, Defendants have provided to Plaintiffs some documents and information.  However, Defendants to date have not provided all of the documents and information requested.  On June 3, 2007, counsel for Defendants informed counsel for Plaintiffs that it would be at least June 22, 2007 before any additional

2

documents and information would be provided. The documents and information requested through informal discovery are needed for Plaintiffs' class certification motion, and thus the additional time requested herein is needed.

6. As noted above, Plaintiffs have requested and received one previous enlargement of time regarding the filing of a motion for class certification in this action.

7. On June 1, 2007, Plaintiffs' Counsel discussed with Anthony Hoang, Defendants' Counsel, the need for the additional thirty (30) days from June 11, 2007 within which Plaintiffs may file their class certification motion, and Defendants' Counsel stated that he does not oppose this enlargement request of Plaintiffs.

8. An enlargement of thirty (30) days from June 11, 2007 to and including July 11, 2007 within which Plaintiffs may file their class certification motion will not unduly delay the proceedings in this action.

Accordingly, Plaintiffs respectfully move this Court for an Order enlarging the time within which Plaintiffs may file a motion for class certification in the amount of thirty (30) days from June 11, 2007 to and including July 11, 2007. Pursuant to LCvR 7(c), a proposed Order granting this Motion is submitted herewith.

DATED this 6th day of June, 2007

Respectfully submitted,

/s/    Mark C. Tilden
MARK C. TILDEN, DC Bar No. 459438
MELODY L. MCCOY, USDC DC Bar No.
CO0043
DONALD R. WHARTON
DAVID L. GOVER
DAWN S. BAUM
JOHN E. ECHOHAWK
WALTER R. ECHO-HAWK, JR.
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel (303) 447-8760
Fax (303) 443-7776
E-mail mctilden@narf.org

Attorneys for Plaintiffs

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2007, a true and correct copy of the foregoing PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN THE AMOUNT OF THIRTY (30) DAYS FROM JUNE 11, 2007 TO AND INCLUDING JULY 11, 2007 WITHIN WHICH PLAINTIFFS MAY MOVE FOR CLASS CERTIFICATION, AND [PROPOSED] ORDER was served by Electronic Case Filing or by regular, first class United States mail, postage pre-paid, on the following counsel:


ANTHONY P. HOANG
MARTIN J. LALONDE
E. KENNETH STEGEBY
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
T: (202) 305-0241
T: (202) 305-0247
T: (202) 616-4119
F: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

THOMAS BARTMAN
ELISABETH C. BRANDON
KENNETH DALTON
Office of the Solicitor
U.S. Department of the Interior
Washington, DC 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

                                                     _/s/ Mark C. Tilden_____
                                                     MARK C. TILDEN, DC Bar No. 459438

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE NEZ PERCE TRIBE, *et al.*,            )
                                          )
                                          )
            Plaintiffs,                   )
                                          )       No. 06cv02239-JR
                                          )
            v.                            )
                                          )
DIRK KEMPTHORNE,                          )
Secretary of the Interior, *et al.,*      )          .
                                          )
                                          )
            Defendants.                   )
_____)

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Second Unopposed Motion for Enlargement of

Time in the Amount of Thirty Days from June 11, 2007 to and including July 11, 2007 within which

Plaintiffs may move for class certification.  Upon consideration of Plaintiffs' unopposed Motion and

for good cause shown, it is hereby ORDERED that:

      1.  Plaintiffs' unopposed motion should be and hereby is GRANTED;

      2.  Plaintiffs shall have thirty (30) days from June 11, 2007, to and including July 11, 2007,

within which Plaintiffs may move for class certification

      SO ORDERED.

Date: _____    _____

                                          HON. JAMES ROBERTSON
                                          United States District Court