IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06cv02239-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of E. Kenneth Stegeby as additional counsel for Defendants in this case.

Service of all papers on Mr. Stegeby by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663

All hand or overnight deliveries to Mr. Stegeby should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3110
Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original

process, should continue to be made upon Anthony P. Hoang and Martin J. LaLonde, co-counsel for the defendants.

    Respectfully submitted this 6th day of June, 2007,

        RONALD J. TENPAS
        Acting Assistant Attorney General

        */s/ E. Kenneth Stegeby*
        E. KENNETH STEGEBY

        ANTHONY P. HOANG, FL Bar #798193
        MARTIN J. LALONDE, IL Bar #6218249
        E. KENNETH STEGEBY, DC Bar #474127
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0247
        Tel: (202) 305-0258
        Fax: (202) 353-2021

        Attorneys for Defendants

OF COUNSEL:
Thomas R. Bartman
Elisabeth C. Brandon
Kenneth Dalton
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

Rachel Howard
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on June 6, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

    MARK C. TILDEN
    MELODY L. McCOY
    DONALD R. WHARTON
    DAVID R. GOVER
    DAWN S. BAUM
    JOHN E. ECHOHAWK
    WALTER R. ECHO-HAWK, JR.
    Native American Rights Fund
    1506 Broadway
    Boulder, CO  80302
    Fax: (303) 443-7776

                                *s/ E. Kenneth Stegeby*

                                E. KENNETH STEGEBY