IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

THE NEZ PERCE TRIBE, et al.,        )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )        Case No. 06cv02239-JR
                                    )
DIRK KEMPTHORNE,                    )
Secretary of the Interior, et al., )
                                    )
        Defendants.                 )
_____)

**PARTIES' JOINT MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO
COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3, AND FOR
CONTINUANCE OF INITIAL SCHEDULING CONFERENCE,
AND [PROPOSED] ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants (the parties herein) jointly and respectfully make this joint motion for an enlargement of time, to and including July 30, 2007, within which to prepare and submit the joint status report and proposed scheduling order(s), as required by Local Civil Rule ("LCvR") 16.3. By the parties' calculations, their joint status report and scheduling order(s) are presently due June 15, 2007.

Further, the parties jointly and respectfully request a continuance of the initial scheduling conference with the Court, from June 12, 2007, to a date and time after July 30, 2007, that the Court deems appropriate.

This joint combined motion is the parties' first enlargement motion with respect to LCvR 16.3 and the parties' first continuance motion with respect to the initial scheduling conference.

The grounds for the joint motion are as follows:

1.      Plaintiffs filed this case on December 28, 2006, Docket (Doc.) # 1, and amended their Complaint on April 2, 2007, Doc. #27. Defendants timely filed their Answer on May 11, 2007.

Doc. #28. By the parties' calculation, the LCvR 16.3 report is presently due June 15, 2007.

2. By minute order dated May 16, 2007, the Court set an initial scheduling conference for June 12, 2007, at 2:30 p.m.

3. The parties respectfully submit this joint motion because they need additional time to complete their discussions about the requirements of LCvR 16.3 and to prepare and file the LCvR 16.3 report. Melody L. McCoy, who has been acting as lead counsel for Plaintiffs (and who has sought to be substituted as lead counsel / attorney of record, see Doc. #29), has been out of the office for about three weeks, because of personal (family medical) reasons, and she is not scheduled to return to work for another two to three weeks. Defendants' counsel—Anthony P. Hoang, Martin J. LaLonde, and E. Kenneth Stegeby—have been and continue to be preoccupied with work in others of the 102 Tribal trust accounting and trust mismanagement cases (including this one) that have been filed and are currently pending before various United States District Courts and the United States Court of Federal Claims. These other cases include but are not limited to Ak-Chin Indian Community v. Kempthorne, No. 06cv02245-JR (D.D.C.); Ak-Chin Indian Community v. United States, No. 06-cv-00932-ECH (Fed. Cl.); Eastern Shoshone Tribe of the Wind River Reservation v. United States, Nos. 79cv00458-ECH and 06cv00903-ECH (Fed. Cl.); Passamaquoddy Tribe of Maine v. Kempthorne, No. 06cv02240-JR (D.D.C.); Passamaquoddy Tribe of Maine v. United States, No. 06cv00942-LJB (Fed. Cl.); Salt River Pima-Maricopa Indian Community v. Kempthorne, No. 06cv02241-JR (D.D.C.); Salt River Pima-Maricopa Indian Community v. United States, No. 06cv00943-LMB (Fed. Cl.); Navajo Nation v. United States, No. 06cv00945-FMA (Fed. Cl.); Tohono O'odham Nation v. Kempthorne, No. 06cv02236-JR (D.D.C.); and Tohono O'odham Nation v. United States, No. 06cv00944-EGB (Fed. Cl.). Also, Mr. Hoang

is currently scheduled to be on work-related travel between June 4 and July 2, 2007, for the following cases: Confederated Tribes of the Warm Springs Reservation of Oregon v. United States, No. 02-cv-00126-SGB; Kaw Nation v. Kempthorne, No. 06-cv-01437-W (W.D. Okla.); Kaw Nation v. United States, No. 06-cv-00934-FMA (Fed. Cl.); Miami Tribe of Oklahoma v. Kempthorne, No. 06-cv-00698-JHP-SAJ (N.D. Okla.); Otoe-Missouria Tribe of Oklahoma v. Kempthorne, No. 06-cv-01436-C (W.D. Okla.); Otoe-Missouria Tribe of Oklahoma v. United States, No. 06-cv-00937-LAS (Fed. Cl.); Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States, No. 06-cv-00897-MCW (Fed. Cl.); Pawnee Nation of Oklahoma v. United States, No. 07-cv-00002-SGB (Fed. Cl.); Ponca Tribe of Oklahoma v. United States, No. 06-cv-01439-C (W.D. Okla.); Round Valley Indian Tribes v. United States, No. 06-cv-00900-SGB; Seminole Nation of Oklahoma v. Kempthorne, No. 06-cv-00556-SPS (E.D. Okla.); Seminole Nation of Oklahoma v. United States, No. 06-cv-00935-GWM (Fed. Cl.); Soboba Band of Luiseno Indians v. United States, No. 06-cv-00894-NBF (Fed. Cl.); Tonkawa Tribe of Indians v. Kempthorne, No. 06-cv-01435-F (W.D. Okla.); and Tonkawa Tribe of Indians v. United States, No. 06-cv-00938-BAF.  Further, Mr. LaLonde is scheduled to be out of the office on June 18-22 and June 29-July 9, 2007, while Mr. Stegeby is scheduled to be out of the office on June 18-22, 2007.  Additionally, Mr. LaLonde and Mr. Stegeby are busy with unrelated litigation.

4.     Plaintiffs' counsel, Ms. McCoy, and Defendants' counsel, Mr. Hoang, have conducted several initial conversations about the requirements of LCvR 16.3, but, because of their scheduling conflicts and their preoccupation with other matters, they have not been able to complete their discussions.  The parties need additional time, to and including July 30, 2007, so that their counsel can complete their LCvR 16.3 discussions and they can confer and determine a schedule for

the preparation of the LCvR 16.3 report. The preparation process includes exchanging drafts of the report; reviewing and commenting on the draft report; incorporating the comments and revising the draft report, as appropriate; vetting the report with Plaintiffs or the appropriate officials at the Departments of Justice, of the Interior, and of the Treasury; and finalizing the document, so that the parties can file the report by July 30.

5.      The parties need a continuance of the initial scheduling conference with the Court, currently set for June 12, 2007, because their counsel have work and other commitments and scheduling conflicts on June 12 and, therefore, are unavailable to attend or participate in the scheduling conference, either in person or by telephone. The parties believe that it would be reasonable and appropriate to defer the initial scheduling conference between the Court and the parties until after the parties' filing of the LCvR 16.3 report, so that the Court can have an opportunity to review the report and be fully informed about the parties' litigation positions at the scheduling conference. Accordingly, the parties respectfully request that the Court re-set the scheduling conference at a date and time after July 30, 2007, that the Court deems appropriate.

6.      The granting of this joint motion will not unduly prejudice the rights and interests of the parties herein. It will promote the goals of judicial effectiveness and efficiency by allowing the parties sufficient time to prepare and submit an appropriate and adequate LCvR 16.3 report to the Court about this case. Further, it will help conserve the parties' limited resources by providing them a reasonable opportunity to develop and file the LCvR 16.3 report without overtaxing their resources.      7.      WHEREFORE the parties jointly and respectfully request that the Court grant their joint motion and grant the following relief:

a.      Order that the parties file a joint report pursuant to LCvR 16.3 on or before

July 30, 2007; and

      b.    Continue the initial scheduling conference currently set for June 12, 2007, to

a date and time after July 30, 2007, that the Court deems appropriate.

      Respectfully submitted this 6th day of June, 2007,

|  |  |
|---|---|
|  | RONALD J. TENPAS |
|  | Acting Assistant Attorney General |
| */s/ Mark C. Tilden* | |
| *by /s/ E. Kenneth Stegeby* | */s/ E. Kenneth Stegeby* |
| MARK C. TILDEN | ANTHONY P. HOANG, FL Bar #798193 |
| MELODY L. McCOY | MARTIN J. LALONDE, IL Bar #6218249 |
| DONALD R. WHARTON | E. KENNETH STEGEBY, DC Bar #474127 |
| DAVID R. GOVER | United States Department of Justice |
| DAWN S. BAUM | Environment and Natural Resources Division |
| JOHN E. ECHOHAWK | Natural Resources Section |
| WALTER R. ECHO-HAWK, JR. | P.O. Box 663 |
| Native American Rights Fund | Washington, D.C.  20044-0663 |
| 1506 Broadway | Tel: (202) 305-0241 |
| Boulder, CO  80302 | Tel: (202) 305-0247 |
| Tel: (303) 447-8760 | Tel: (202) 616-4119 |
| Fax: (303) 443-7776 | Fax: (202) 353-2021 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| | |
| | OF COUNSEL: |
| | |
| | THOMAS BARTMAN |
| | ELISABETH C. BRANDON |
| | Office of the Solicitor |
| | United States Department of the Interior |
| | Washington, D.C.  20240 |
| | |
| | RACHEL M. HOWARD |
| | Office of the Chief Counsel |
| | Financial Management Service |
| | United States Department of the Treasury |
| | Washington, D.C.  20227 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3 AND FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE, and [PROPOSED] ORDER was served on June 6, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

MARK C. TILDEN
MELODY L. McCOY
DONALD R. WHARTON
DAVID R. GOVER
DAWN S. BAUM
JOHN E. ECHOHAWK
WALTER R. ECHO-HAWK, JR.
Native American Rights Fund
1506 Broadway
Boulder, CO  80302
Fax: (303) 443-7776

*s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

THE NEZ PERCE TRIBE, et al.,      )
                                        )
       Plaintiffs,          )
                                        )
      v.                   )     Case No. 06cv02239-JR
                                        )
DIRK KEMPTHORNE,        )
Secretary of the Interior, et al.,    )
                                        )
       Defendants.       )
_____)

**[PROPOSED] ORDER**

       This matter is before the Court on the parties' joint motion for enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3 and for continuance of the initial scheduling conference. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

       1.      The parties' joint motion should be and hereby is GRANTED;

       2.      The parties shall file a joint report pursuant to LCvR 16.3 on or before July 30, 2007; and

       3.      The initial scheduling conference currently set for June 12, 2007, shall be continued to _____, 2007, at _____ a.m./p.m.

       SO ORDERED.

_____          _____
DATE                               HON. JAMES ROBERTSON
                                    United States District Judge