IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 06cv02239-JR |
| v. | ) |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary of the Interior, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR AN ORDER DEEMING MOTIONS
FOR TRUST RECORDS PRESERVATION ORDERS FILED IN *AK-CHIN
INDIAN COMMUNITY v. KEMPTHORNE*; *PASSAMAQUODDY TRIBE v.
KEMPTHORNE*; *SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v.
KEMPTHORNE*; AND, *TOHONO O'ODHAM NATION v. KEMPTHORNE*
TO BE FILED IN THIS CASE AND JOINING PLAINTIFFS IN THOSE MOTIONS**

Pursuant to Fed. R. Civ. P. 7(b), Plaintiffs the Nez Perce Tribe, *et al.*, hereby move this Court for an Order deeming the Motions for Entry of Trust Records Preservation Orders filed April 29, 2008 by Plaintiffs in *Ak-Chin Indian Community v. Kempthorne,* No. 06-2245 (Doc. # 37); *Passamaquoddy Tribe v. Kempthorne, et al.,* No. 06-2240 (Doc. # 31); *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.,* No. 06-2441 (Doc. # 31); and, *Tohono O'Odham Nation v. Kempthorne, et al.,* No. 06-2236 (Doc. # 31), to be filed in this action, and joining Plaintiffs herein in those Motions. Pursuant to Fed. R. Civ. P. 7(b)(1)(B) and LCvR 7(a), Plaintiffs state in support of this Motion the following specific points of law and authority.

1. On April 29, 2008, Plaintiffs in *Ak-Chin Indian Community v. Kempthorne, et al.,* No. 06-

2245 (Doc. #37); *Passamaquoddy Tribe v. Kempthorne, et al.,* No. 06-2240 (Doc. # 31); *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.,* No. 06-2441 (Doc. # 31); and, *Tohono O'Odham Nation v. Kempthorne, et al.,* No. 06-2236 (Doc. # 31), filed Motions for Entry of Trust Records Preservation Orders.  As noted in the Memoranda of Points and Authorities in Support of those Motions, at 3, the named Plaintiffs in this action join in those Motions.  *See, e.g., Ak-Chin Indian Community v. Kempthorne, et al.,* No. 06-2245, (Doc. # 38).

    2.  The Trust Records Preservation Order Motions in these other four actions raise issues identical to issues in this action, and the two principal named Defendants are the same in all of the actions.  Accordingly, in the interests of conserving the parties' and the Court's resources, rather than filing a separate Trust Records Preservation Order Motion in this action, Plaintiffs here seek an Order deeming the Motions in *Ak-Chin Indian Community v. Kempthorne*; *Passamaquoddy Tribe v. Kempthorne*; *Salt River Pima-Maricopa Indian Community v. Kempthorne*; and, *Tohono O'Odham Nation v. Kempthorne,* to be filed in this action, and joining the Plaintiffs in this action in those Motions.

    3.  Similar procedural resource conservation steps already have occurred involving those actions and this action with respect to previous motions filed in those actions.  *See, e.g., Ak-Chin Indian Community v. Kempthorne*, No. 06-2245, Order of July 2, 2007, at 4 ("those cases in which the government files such a [remand] motion will be consolidated for the limited purpose of the remand motion . . . ." .(Doc. # 16); *id.* Order of August 23, 2007, at 4 ("A principal brief need be filed only in one of the pending 37 cases and will be deemed filed in all of them.") (Doc. # 21); *id.* Memorandum Order of December 19, 2007, at 5 ("Pursuant to Fed. R. Civ. P. 42(a), I consolidated the cases for the limited purpose of resolving the remand motion.")  (Doc. # 26).

Pursuant to LCvR 7(m), Melody McCoy, counsel for Plaintiffs states that on May 1, 2008, she discussed this Motion with Maureen Rudolph, counsel for Defendants, and is authorized to state that Defendants oppose the relief sought herein. Pursuant to LCvR 7(c), a Proposed Order is submitted with this Motion.

DATED this 1st day of May, 2008

Respectfully submitted,

                                   */s/     Melody L. McCoy*
                                    MELODY L. MCCOY, USDC Bar. No. CO0043
                                    DONALD R. WHARTON
                                    DAVID L. GOVER
                                    DAWN S. BAUM
                                    MARK C. TILDEN
                                    JOHN E. ECHOHAWK
                                    WALTER R. ECHO-HAWK, JR.
                                    Native American Rights Fund
                                    1506 Broadway
                                    Boulder, CO 80302
                                    Tel (303) 447-8760
                                    Fax (303) 443-7776
                                    E-mail mmccoy@narf.org

                                    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2008, a true and correct copy of the foregoing PLAINTIFFS' MOTION FOR AN ORDER DEEMING MOTIONS FOR RECORDS PRESERVATION ORDERS FILED IN *AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE*; *PASSAMAQUODDY TRIBE v. KEMPTHORNE; SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. KEMPTHORNE; AND, TOHONO O'ODHAM NATION v. KEMPTHORNE* TO BE FILED IN THIS CASE AND JOINING PLAINTIFFS IN THOSE MOTIONS was served by Electronic Case Filing or by regular first class U.S. mail, postage pre-paid, on the following counsel:

E. KENNETH STEGBEY
ANTHONY P. HOANG
KEVIN J. LARSEN
MAUREEN RUDOLPH
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel (202) 616-4119
Tel (202) 305-0241
Tel (202) 305-0479
Fax (202) 353-2021

JOHN H. MARTIN
U.S. Department of Justice
Natural Resources Section
1961 Stout St., Eighth Floor
Denver, CO 80294
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax (303) 844-1350

Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN
GLADYS I. COHOCARI
SHANI N. WALKER
Office of the Solicitor
U.S. Department of the Interior
Washington, DC 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

*/s/     Melody L. McCoy*
MELODY L. MCCOY, USDC Bar. No. CO0043
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 06cv02239-JR |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER
DEEMING MOTIONS FOR TRUST RECORDS PRESERVATION ORDERS FILED
IN *AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE*; *PASSAMAQUODDY TRIBE v.
KEMPTHORNE; SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v.
KEMPTHORNE; AND, TOHONO O'ODHAM NATION v. KEMPTHORNE*
TO BE FILED IN THIS CASE AND JOINING PLAINTIFFS IN THOSE MOTIONS**

This matter is before the Court on Plaintiffs' Motion for an Order Deeming the Motions for Records Preservation Orders filed by Plaintiffs in *Ak-Chin Indian Community v. Kempthorne,* No. 06-2245; *Passamaquoddy Tribe v. Kempthorne, et al.,* No. 06-2240; *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.,* No. 06-2441; and, *Tohono O'Odham Nation v. Kempthorne, et al.,* No. 06-2236 to be filed in this action and Joining Plaintiffs in those Motions. Upon consideration of Plaintiffs' Motion and Defendants' Opposition to the Motion, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

SO ORDERED.

Date: _____     _____
HON. JAMES ROBERTSON
United States District Court