## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, *et al.,*  <br>for and on behalf of themselves  <br>all others similarly situated,  <br>  <br>                       Plaintiffs,  <br>  <br>     v.  <br>  <br>  <br>DIRK KEMPTHORNE,  <br>SECRETARY OF THE INTERIOR, *et al.,*  <br>  <br>                       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 06cv02239-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE REGARDING FILING OF BULKY EXHIBITS**

Pursuant to LCvR 5.4(e)(1)(A), Attachments A - MM to Plaintiffs' Memorandum in Support of their Motion for Class Action Certification are not being e-filed with the Motion. The Attachments are being filed in full in paper hard copy and on disc in pdf format with the Court. Service of these Attachments in full on disc only to Opposing Counsel is being done by overnight mail.

DATED this 5th day of June, 2008

Respectfully submitted,

                                                  */s/     Melody L. McCoy*
MELODY L. MCCOY, USDC Bar. No. CO0043
DONALD R. WHARTON
DAVID L. GOVER
DAWN S. BAUM
MARK C. TILDEN
JOHN E. ECHOHAWK
WALTER R. ECHO-HAWK, JR.
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel (303) 447-8760
Fax (303) 443-7776
E-mail mmccoy@narf.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of June, 2008, a true and correct copy of the foregoing PLAINTIFFS' NOTICE REGARDING FILING OF BULKY EXHIBITS and the EXHIBITS to Plaintiffs' Motion for Class Action Certification were served by Electronic Case Filing or by overnight mail service or by regular first class U.S. mail, postage pre-paid, on the following counsel:

E. KENNETH STEGEBY
ANTHONY P. HOANG
KEVIN J. LARSEN
MAUREEN RUDOLPH
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel (202) 616-4119
Tel (202) 305-0241
Tel (202) 305-0479
Fax (202) 353-2021

JOHN H. MARTIN
U.S. Department of Justice
Natural Resources Section
1961 Stout St., Eighth Floor
Denver, CO 80294
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax (303) 844-1350

Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN
GLADYS I. COHOCARI
SHANI N. WALKER
Office of the Solicitor
U.S. Department of the Interior
Washington, DC 20240


TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

                                                */s/   Melody L. McCoy*
                                            MELODY L. MCCOY, USDC Bar. No. CO0043
                                            Attorney for Plaintiffs