IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06cv02239-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael D. Thorp as additional counsel for defendants in this case.

Service of all papers on Mr. Thorp by regular United States mail should be made to the following address:

> Michael D. Thorp
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 305-0456
> Facsimile: (202) 353-2021
> E-mail: michael.thorp@usdoj.gov

Express Delivery:

> 601 D. Street, N.W.
> Room 3137
> Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original

process, should continue to be made upon Anthony P. Hoang, counsel for the defendants.

Respectfully submitted this 19th day of June, 2008,

> */s/ Michael D. Thorp*
> MICHAEL D. THORP
> ANTHONY P. HOANG
> MAUREEN RUDOLPH
> E. KENNETH STEGEBY
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Tel: (202) 305-0456
> Tel: (202) 305-0241
> Tel: (202) 305-0479
> Tel: (202) 616-4119
> Fax: (202) 353-2021
>
> Attorneys for Defendants

OF COUNSEL:

MICHAEL BIANCO
THOMAS BARTMAN
ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on June 19, 2008, by Electronic Case Filing or by regular United States Mail, first-class postage pre-paid, and electronic mail transmission or telefax, unless otherwise noted below, on the following counsel:

MARK C. TILDEN
DAWN STURDEVANT BAUM
MELODY L. McCOY
DAVID R. GOVER
JOHN E. ECHOHAWK
WALTER R. ECHO-HAWK, JR.
Native American Rights Fund
1506 Broadway
Boulder, CO  80302
Fax: (303) 443-7776

*/s/ Michael D. Thorp*
MICHAEL D. THORP