IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06cv02239-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR
CLASS ACTION CERTIFICATION AND FOR CLASS NOTICE APPROVAL**

WHEREAS, following an in-person Scheduling Conference on May 6, 2008, this Court held a telephonic status conference with counsel for the parties in this case and several other Tribal trust accounting cases on May 30, 2008, to discuss, among other things, the briefing schedules of various motions filed or to be filed with the Court;

WHEREAS, in the course of both the Scheduling Conference and the telephonic status conference, the Court instructed counsel for the parties to confer and submit to the Court, if possible, a joint proposal for a briefing schedule regarding Plaintiffs' motion for class action certification, which, as per the May 6, 2008 Scheduling Conference, was due June 5, 2008; *see* Order of May 6, 2008 (Doc. # 47); Notice to Counsel of May 7, 2008 (Doc. # 48);

WHEREAS, in Scheduling Orders and Notices to Counsel following the May 6, 2008 Scheduling Conference and during the May 30, 2008 status conference, the Court stated that it would hear oral argument on the class certification motion, among other

1

motions, on July 24, 2008; *see* Order of May 6, 2008 (Doc. # 47); Notice to Counsel of May 7, 2008 (Doc. # 48); Order of May 13, 2008 (Doc. # 50);

WHEREAS, with the Court's permission and without objection from Defendants, Plaintiffs filed their Class Certification and Class Notice Motion on June 6, 2008; *see* Docs. # 53-56; and

WHEREAS, since June 6, 2008 counsel have conferred and agreed to a proposed schedule for the filings of Defendants' opposition or response to Plaintiffs' Class Certification and Class Notice Motion and of Plaintiffs' reply thereto, which takes into account the July 24, 2008, hearing date,

NOW, THEREFORE, the parties hereby stipulate and agree to the following:

1. Defendants shall have to and including July 14, 2008, to oppose or otherwise respond to Plaintiffs' Class Certification and Class Notion Motion.

2. Plaintiffs shall have to and including July 23, 2008, to file their reply to Defendants' opposition or response to Plaintiffs' Class Certification and Class Notice Motion.

3. The parties will be prepared to present oral argument on Plaintiffs' class certification and class notice approval motion on July 24, 2008.

WHEREFORE, the parties jointly and respectfully request that the Court approve of and enter the [Proposed] Order as an Order of the Court.

Respectfully submitted this 19th day of June, 2008,

RONALD J. TENPAS
Assistant Attorney General

_/s/ Melody L. McCoy_____  
MELODY L. McCOY  
DONALD R. WHARTON  
DAVID L. GOVER  
DAWN S. BAUM  
MARK C. TILDEN  
JOHN ECHOHAWK  
WALTER R. ECHO-HAWK, JR.  
Native American Rights Fund  
1506 Broadway  
Boulder, CO  80302  
Tel: (303) 447-8760  
Fax: (303) 443-7776  

Attorneys for Plaintiffs

_/s/ Michael D. Thorp_____  
MICHAEL D. THORP  
MAUREEN RUDOLPH  
E. KENNETH STEGEBY  
ANTHONY P. HOANG  
United States Department of Justice  
Environment and Natural Resources Division  
Natural Resources Section  
Washington, D.C.  20044-0663  
Tel: (202) 305-0456  
Tel: (202) 305-0479  
Tel: (202) 616-4119  
Tel: (202) 305-0241  
Fax: (202) 353-2021  

Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH  
ELISABETH C. BRANDON  
MICHAEL BIANCO  
THOMAS BARTMAN  
Office of the Solicitor  
United States Department of the Interior  
Washington, D.C.  20240  

TERESA DAWSON  
Office of the Chief Counsel  
Financial Management Service  
United States Department of the Treasury  
Washington, D.C.  20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing PARTIES' JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS ACTION CERTIFICATION AND CLASS NOTICE APPROVAL, AND [PROPOSED] ORDER was served on June 19, 2008 by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

MARK C. TILDEN
DAWN STURDEVANT BAUM
MELODY L. McCOY
DAVID R. GOVER
JOHN E. ECHOHAWK
WALTER R. ECHO-HAWK, JR.
Native American Rights Fund
1506 Broadway
Boulder, CO  80302
Fax: (303) 443-7776

/s/*Michael D. Thorp*___
MICHAEL D. THORP

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06cv02239-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Stipulation Regarding Briefing Schedule for Plaintiffs' Motion For Class Action Certification and For Class Notice Approval ("Joint Stipulation"). Upon consideration of the Joint Stipulation and for good cause shown, it is hereby ORDERED that

1. The Joint Stipulation should be and hereby is APPROVED and ENTERED.

2. Defendants shall have to and including July 14, 2008, to file their opposition or otherwise respond to Plaintiffs' class action certification and class notice approval motion.

3. Plaintiffs shall have to and including July 23, 2008, to file their reply to Defendants' opposition or response.

4. Oral argument on Plaintiffs' class action certification and class notice approval motion shall be heard on July 24, 2008.

SO ORDERED.

Date: _____          _____
                                     JAMES ROBERTSON
                                     United States District Judge