IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al.,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>DIRK KEMPTHORNE,  )<br>Secretary of the Interior, et al.,  )<br>  )<br>    Defendants.  )<br>_____ ) | Case No. 06cv02239-JR |

**DEFENDANTS' NOTICE OF FILING CORRECT RESPONSE TO
PLAINTIFFS' MOTION FOR TRUST RECORD PRESERVATION ORDER**

On June 20, 2008, Defendants responded to Plaintiffs' motion for trust records preservation order in this case, as ordered by the Court. Docket (Dkt.) # 62. Instead of filing their actual response, however, counsel for Defendants inadvertently submitted a copy of the wrong document (i.e., Plaintiffs' Motion for Order Deeming Motions for Trust Records Preservation Orders in *Ak-Chin Indian Community v. Kempthorne; Passamaquoddy Tribe of Maine v. Kempthorne; Salt River Pima-Maricopa Indian Community v. Kempthorne;* and *Tohono O'odham Nation v. Kempthorne* To Be Filed in This Case and Joining Plaintiffs in Those Motions). Id. Defendants' counsel discovered the filing error on June 21, 2008, and thus are now submitting the correct response to Plaintiffs' motion for trust records preservation order herein. Defendants' counsel regret any inconvenience to the Court or Plaintiffs as a result of their inadvertence.

Respectfully submitted this 21st day of June, 2008,

                                                          RONALD J. TENPAS
                                                          Assistant Attorney General

/s/ Anthony P. Hoang
ANTHONY P. HOANG, Fl Bar #0798193
MAUREEN E. RUDOLPH
MICHAEL D. THORP
ERIK KENNETH STEGEBY
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Anthony.Hoang@usdoj.gov
Maureen.Rudolph@usdoj.gov
Michael.Thorp@usdoj.gov
Kenneth.Stegeby@usdoj.gov
Tel: (202) 305-0241
Tel: (202) 305-0479
Tel. (202) 305-0456
Tel. (202) 616-4119
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN
MICHAEL BIANCO
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 21, 2008, I electronically transmitted the foregoing DEFENDANTS' NOTICE OF FILING CORRECT RESPONSE TO PLAINTIFFS' MOTION FOR TRUST RECORDS PRESERVATION ORDER to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the attorneys listed on the ECF system for this case.

>                                    */s/ Anthony P. Hoang*
>                                     ANTHONY P. HOANG

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 06cv02239-JR |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

On April 29, 2008, the Salt River Pima-Maricopa Indian Community ("the Community") and other plaintiffs filed motions for the entry of trust record preservation orders ("Motion for RRO") in their respective cases. *See, e.g.,* Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the memorandum accompanying the Motion for RRO, counsel for the Community represented that twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See, e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32) at 3. Plaintiffs in this case are among the Tribes identified as having joined in the Motion for RRO. *Id.* Indeed, on May 1, 2008, Plaintiffs in the instant case filed a formal motion joining in the Motion for RRO. *Nez Perce Tribe, et al., v. Kempthorne*, Case No. 06-CV-02239-JR (D.D.C.) (Dkt. No. 46). The Court granted Plaintiffs' Motion to join on May 7, 2008.

On the same date as this Response to Plaintiffs' Motion for Entry of Trust Record

Preservation Order ("Response"), Defendants in *Salt River Pima-Maricopa Indian Community* have filed, or will file, a Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Opposition"), as well as numerous declarations in support of the Opposition. In that Opposition, Defendants explain in great detail why record retention orders in these Tribal trust cases are unnecessary and prejudicial to Defendants, because the orders would (1) in all critical respects, be duplicative of record preservation procedures already in place, and (2) in numerous critical respects, impose burdens upon Defendants that would substantially impede their operations and mission. Because Defendants in the instant case believe that no trust preservation order is necessary or appropriate, Defendants join in the Opposition filed by the defendants in *Salt River Pima Maricopa Tribe*, and, in support of the instant Response, rely upon the declarations filed in support of the Opposition.

For the reasons set forth above, as well as the reasons set forth in the Opposition and supporting declarations filed in *Salt River Pima Maricopa Tribe*, Defendants request that Plaintiffs' Motion for Entry of Trust Record Preservation Order be denied in its entirety.

Respectfully submitted this 20th day of June 2008,

        RONALD J. TENPAS
        Assistant Attorney General

        */s/ Maureen E. Rudolph*
        MAUREEN E. RUDOLPH
        ERIK KENNETH STEGEBY
        MICHAEL D. THORP
        United States Department of Justice
        Natural Resources Section
        P.O. Box 663
        Washington, DC 20044-0663
        maureen.rudolph@usdoj.gov
        Tel: (202) 305-0479
        Tel. (202) 305-0456

Tel. (202) 616-4119
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

PAUL SMYTH
ELIZABETH BRANDON
THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2008, I electronically transmitted the foregoing DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF TRUST RECORD PRESERVATION ORDER to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the attorneys listed on the ECF system for this case.

>  */s/ Maureen E. Rudolph*
>  MAUREEN E. RUDOLPH