IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al.,     ) | |
|      ) | |
|      Plaintiffs,      ) | |
|      ) | |
| v.      ) | Case No. 06cv02239-JR |
|      ) | |
| DIRK KEMPTHORNE,      ) | |
| Secretary of the Interior, et al.;      ) | |
|      ) | |
|      Defendants.      ) | |
|      ) | |

## DECLARATION OF JULIA LANGAN

I, Julia M. Langan, pursuant to 28 U.S.C. §1746 and based on personal knowledge or information provided to me in my official capacity, do hereby declare and state under penalty of perjury:

1.     I am the Superintendent of the Pawnee Agency for the Bureau of Indian Affairs ("BIA"), a position I have held since February 1987. My responsibilities as the Superintendent of a Multi-Tribal Agency include planning, implementing, directing, monitoring and evaluating the BIA's trust responsibilities and program services within the Pawnee Agency's jurisdiction. The following tribes are included under the jurisdiction of the Pawnee Agency: Kaw Nation of Oklahoma, the Otoe-Missouria Tribe of Indians of Oklahoma, the Pawnee Nation of Oklahoma, Ponca Tribe of Oklahoma and Tonkawa Tribe of Oklahoma.

2.     The services provided by the Agency to the Pawnee Nation include, but are not limited to: Farming & Grazing leasing (Leases & Permits); Land Operations (Leases & Permits and Grazing Permits); Oil & Gas leasing (Leasing of Allotted Lands for Mineral Development);

Rights-of-Ways (Rights-of-Ways Over Indian Lands); Acquisition & Disposal (Land Acquisitions and Issuance of Patents in Fee, Certificates of Competency, Removal of Restrictions, and Sale of Certain Indian Lands); Social Services (Financial Assistance and Social Services Programs); Administration (provides administrative system controls and expertise which directly supports the operation of all Agency programs) and Executive Direction (provides decision making authority related to Agency policy formulation; establishes goals and objectives; exercises the Bureau's trust responsibilities and provides program/administrative oversight).

3.     The Pawnee Reservation is located in northeastern Oklahoma.  Total trust acreage is about 19,930 acres, of which 1,550 acres are tribal.  Current tribal enrollment is about 2,500.

4. .     Presently, the Pawnee Tribe generates revenue through the Pawnee Tribal Development Corporation (PTDC), a tribally-owned company established April 15, 1991 to promote economic development, employment and create revenue for the Pawnee Nation.  The Nation built and now operates a travel plaza and casino (within the plaza a subway restaurant) in about 2006  (the Nation has leased the underlying land from allottees since 2006).  The PTDC also runs a trading post it built about eight (8) years ago, in which, several years later, the Nation installed gaming machines, as well as a Subway restaurant.  With the exception of lease revenues from the land underlying the travel plaza, which the BIA distributes to the allottee owners, the revenues from all of these Pawnee constructed and operated business activities are paid directly to the Tribe and not managed as trust funds by the Bureau or OST.

5.     The Pawnee Nation contracts with the Bureau to provide a number of services under Public Law 93-638, but these contracts are overseen by the Southern Plains Regional Office.

6.     Uniquely among the tribes serviced by this Agency, the Pawnee Nation receives an annual payment from the United States, namely a payment of $30,000 under the 1857 Treaty of Table Creek. The Agency receives this annual payment but immediately transfers it to the Nation's direct deposit account. The Nation disburses the payment to its members on a per capita basis.

7.     Attached as Exhibit A is a true and correct copy of the Pawnee Nation's current (July 4, 1998, as amended on January 4, 2003) constitution.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July, 2008.

JULIA M. LANGAN

-3-

# DECLARATION OF

# Julia Langan

# July 14, 2008

# EXHIBIT A

Case 1:06-cv-02239-JR    Document 64-9    Filed 07/14/2008    Page 5 of 13

Back to Table of Contents

## Constitution of the Pawnee Nation of Oklahoma

Last amended: 2003; copyright: 2005

# PREAMBLE

We, the members of the four confederated bands of Indians, namely, Chaui, Kitkehahki, Pitahawirata and Skidi which now constitute the Pawnee Nation of Oklahoma, with faith in the purposes of our Supreme Being, with abounding pride in our cultural heritage and the determination to promote through marshaled efforts our social, economical and political advancement, do solemnly ordain and establish this Pawnee Nation of Oklahoma and adopt this constitution pursuant to the Oklahoma Indian Welfare Act of June 26, 1936 (49 Stat. 1967) which shall supersede the constitution approved by the Secretary of the Interior on November 26, 1937, and ratified on January 6, 1938, as amended.

Back to Top

# ARTICLE I - NAME

The name of this organization shall be the "Pawnee Nation of Oklahoma."

Back to Top

# ARTICLE II - PURPOSE

**Section 1.** To secure for the Pawnee Nation of Oklahoma and its members rights, powers, privileges, and benefits of a sovereign nation.

**Section 2.** To establish its Jurisdiction and Powers.

1. The governmental powers of the Pawnee Business Council, acting for the sovereign Pawnee Nation of Oklahoma shall extend to all persons and to all real and personal property including lands and other natural resources, and to all waters and air space, within the Indian Country over which the Pawnee Nation of Oklahoma has jurisdiction. The governmental powers of the Pawnee Nation of Oklahoma shall also extend outside the exterior boundaries of Indian Country to any persons or properties which are, or may be included within the jurisdiction of the Pawnee Nation of Oklahoma.

2. The Pawnee Nation of Oklahoma is empowered to maintain under any laws of the U.S. and/or Pawnee Nation of Oklahoma's law and order, and

judicial systems to protect the peace, safety, health, and welfare of the members of the Pawnee Nation of Oklahoma, provided the concepts of separation of powers is maintained.

3. The Constitution is the supreme law of the Pawnee Nation of Oklahoma and all persons subject to its jurisdiction. The Pawnee Business Council shall exercise its power consistent with the provisions of this Constitution and the Corporate Charter of the Pawnee Nation of Oklahoma.

Back to Top

# ARTICLE III - MEMBERSHIP OF TRIBE

**Section 1.** The current membership of the Pawnee Nation of Oklahoma shall consist of:

1. All persons enrolled or entitled to be enrolled on the official annuity (baseroll of the Pawnee Nation of Oklahoma as of February 19, 1937; and

2. All children born of a lawful marriage between members of the Tribe since the date of said roll;

3. All children of one-quarter (1/4) or more Pawnee Indian blood born on or after February 9, 1938, of a lawful marriage of an enrolled member.

**Section 2.** The future membership of the Pawnee Nation of Oklahoma, after the adoption of this Constitution, shall include any individual who applies for membership and possesses at least one-eighth (1/8) degree Pawnee Indian Blood, as amended on January 4, 2003 on Amendment Number 1.

**Section 3.** The Pawnee Business Council shall have power to prescribe rules and regulations covering future membership of the Pawnee Nation, including the approval and loss of membership, provided:

1. Such rules and regulations shall be subject to the review of the Nasharo Council;

2. A person shall not eligible for membership, if enrolled as a member of another Indian Tribe.

Back to Top

# ARTICLE IV - PAWNEE BUSINESS COUNCIL

**Section 1.** The supreme governing body of the Pawnee Nation of Oklahoma shall be the Pawnee Business Council, which shall consist of eight (8) members.

**Section 2.** Subject to the limitations imposed by this Constitution and applicable Federal law, the Pawnee Business Council shall exercise all the inherent, statutory, and treaty powers of the Pawnee Nation of Oklahoma by the enactment of legislation, the transaction of business, and by otherwise speaking or acting on behalf of the Pawnee Nation of Oklahoma on all matters which the Pawnee Nation of Oklahoma is empowered to act, including the authority to hire legal counsel to represent the Pawnee Nation of Oklahoma.

**Section 3.** All acts regarding Membership or Claims or Treaty Rights of the Pawnee Business Council shall be subject to review by the Nasharo Council in accordance with this Constitution.

**Section 4.** The present Pawnee Business Council members shall serve until the next regular election or until their successors are elected and installed provided:

1. The Pawnee Business Council shall provide an election commission to conduct all elections, provided that regular elections be held on the first Saturday in May of each odd numbered year.

2. No member of the Pawnee Nation of Oklahoma, eighteen (18) years of age or older, shall be denied the right to vote by secret ballot, either in person or by absentee ballot, provided that no write-in votes shall be allowed.

3. Members of the Pawnee Nation of Oklahoma, twenty-five (25) years of age or older, shall be eligible for election to the Pawnee Business Council. Members of the Pawnee Nation convicted of a felony or dishonorably discharged from the Armed Forces of the United States of America are ineligible for candidacy.

4. At the first regular election after the adoption of this Constitution, the President, Treasurer, and the First and Second Council Members shall be elected to a four year term and the Vice-President, Secretary, and Third and Fourth Council Members shall be elected to a two-year term in order to stagger the terms of office:

   1. Candidates shall declare the position they seeking.

   2. If there are positions which are vacant due to lack of candidates, those positions shall be considered vacant and filled according to Article VI.

Thereafter, all members of the Pawnee Business Council shall be elected to a four-year term of office and shall serve until their successors shall be duly installed in office. In cases when a vacancy is being filled to complete an un-expired term due to death, resignation, forfeiture, or recall of a Pawnee Business Council member, a successor will be appointed pursuant to Article VI of this Constitution.

5. A Nasharo Council member shall resign his/her position if elected or

appointed to the Pawnee Business Council.

6. A Pawnee Nation of Oklahoma employee shall resign his/her position if elected or appointed to the Pawnee Business Council.

7. A Pawnee Business Council member shall not be eligible for employment by the Pawnee Nation of Oklahoma.

8. Elected members of the Pawnee Business Council shall be inaugurated and sworn into office fourteen (14) calendar days after the election day.

9. Pawnee Business Council records and all related documentation for each outgoing Pawnee Business Council member shall be made available to the newly elected Pawnee Business Council members. Failure to comply shall result in ineligibility to file for candidacy for the Pawnee Business Council for ten (10) years or until records and documents are returned.

**Section 5.** All acts of the Pawnee Business Council shall be determined by a majority vote of the membership present, provided five (5) members of the Council shall constitute a quorum to transact business. In the event of a tie, the chairperson or chairperson pro tem shall cast the deciding vote.

**Section 6.** Regular quarterly meetings of the Pawnee Business Council shall be held on the first Saturday in February, June, August and November of each year in a place designated by the Pawnee Business Council, provided:

1. Special meetings may be called by the President.

2. Special meetings shall be called by the President within two (2) weeks after receiving a written request, by regular mail or by certified and return receipt mail, from a majority of the occupied Pawnee Business Council positions, provided:

> 1. If the President fails to call and conduct a special meeting as requested within two (2) weeks, a majority of the occupied members of the Pawnee Business Council shall be authorized to call and conduct a special meeting by affixing thief signatures to a document listing in detail the need for the meeting and citing this Section of the Constitution as their authority to meet.

> 2. A minimum of two (2) days notice of all meetings, regular or special, shall be published in a newspaper and posted in public view. Provided, that in an emergency, posting in public view for two (2) days shall be deemed sufficient notice. Notice shall include the agenda.

**Section 7.** All members of the Pawnee Business Council shall attend tribal constitution orientation classes as prescribed by the Pawnee Business Council.

Back to Top

# ARTICLE V - DUTIES OF OFFICERS

**Section 1.** The President shall preside at all meetings of the Pawnee Business Council, joint meetings of the Pawnee Business Council and the Nasharo Council, and all general meetings and shall vote only in the case of a tie. The President shall have general supervision of the affairs of the Pawnee Business Council and shall perform all duties pertaining to the office of the President. The President shall administer oaths and affirmations when required or permitted. The President shall be bonded.

**Section 2.** In the absence of the President, the Vice-president shall perform the duties of that office. In the case of vacancy, the Vice-president shall succeed at once to the office of the President. The Vice-president shall be bonded.

**Section 3.** The Secretary shall, be responsible for the following duties:

1. Record the proceedings of all meetings of the Pawnee Business Council and Nasharo Council, and all special meetings as assigned by the Pawnee Business Council.

2. Prepare the agenda for meetings of the Pawnee Business Council.

3. Maintain all records and files of the Pawnee Business Council. All records and filed of the Pawnee Business Council, except such records as shall be explicitly made exempt by law, shall be public information to any member of the Pawnee Nation of Oklahoma.

4. Maintain the Pawnee Nation of Oklahoma official membership roll.

5. Attest to enactments of the Pawnee Business Council.

6. In absence of the President and Vice-president, call to order regular and special meetings of the Pawnee Business Council until a Chairman pro tem is selected.

7. Perform the duties of the Treasurer, in the absence of the Treasurer.

8. The Secretary shall be bonded.

**Section 4.** The Treasurer shall, be responsible for the following duties:

1. Receive funds from all sources for which the Pawnee Business Council is held accountable, and maintain financial records which shall reflect actual receipts and disbursements of all funds and which shall reflect the financial position of the Pawnee Nation of Oklahoma.

2. Deposit funds from any and all sources for which the Pawnee Business

Council is held accountable in an insured bank or other approved financial institution.

3. Disburse by check, the funds from any and all funds for which the Pawnee Business Council. All checks shall be signed by the Treasurer and countersigned by the President.

4. An annual independent audit of all funds for which the Pawnee Business Council is held accountable.

5. Present financial status reports and budget reports as determined by the Pawnee Business Council.

6. Perform the duties of Secretary, in the absence of Secretary.

7. The Treasurer shall be bonded.

Back to Top

# ARTICLE VI - VACANCIES

**Section 1. Vacancies** - In the event of Presidential vacancy, the Vice-president shall immediately succeed to the office of the President. All other vacancies shall be filled by the President giving priority to the pool of candidates from the previous election, subject to the approval of the Pawnee Business Council, provided, that such appointment shall be effective unless formally disapproved by the Pawnee Business Council within thirty (30) days after appointment.

Back to Top

# ARTICLE VII- FORFEITURE, RECALL, REMOVAL

**Section 1. Forfeiture** - If a member of the Pawnee Business Council fails or refuses to attend two (2) regular or special meetings per year from the date of oath of office, unless excused by the Pawnee Business Council President for illness or other causes for which the member cannot be held responsible, his/her office shall be declared forfeited by a resolution of the Pawnee Business Council and the vacancy shall be filled.

**Section 2. Recall** - Upon receipt of a petition signed by fifty per cent (50%) of the number of voters who voted in the last regular election call for the recall of any member of the Pawnee Business Council, it shall be the duty of the election commission to call and conduct within thirty (30) days and election on such recall. Recall shall be effective only if a majority of those voting shall vote in favor of such recall and that at least 50 per cent (50%) + one (1) of the number voting in the previous election vote in the recall election. Once a member has faced a recall attempt, no further recall action shall be brought against that member until at least twelve (12) months have passed. No member of the Pawnee Business Council shall be subject to recall action within the first six (6) months of that member's term.

**Section 3. Removal of Pawnee Business Council Members** - The Nasharo Council shall investigate complaints of misconduct in office of members of the Pawnee Business Council and upon proper showing shall call a joint meeting of the Pawnee Business Council and the Nasharo Council to act upon such complaints. Such joint Council shall have the power, by a majority vote, after giving the accused a hearing, to remove the accused from office; provided, a quorum from each of the Councils is present.

Back to Top

# ARTICLE VIII - NASHARO COUNCIL

**Section 1.** The Nasharo Council shall consist of eight (8) members with a quorum of five (5) to transact business. Each band shall have two (2) representatives on the Nasharo Council selected by the members of the tribal bands, Chaui, Kitkehahki, Pitahawirata and Skidi. The Nasharo Council shall have the right to review all acts of the Pawnee Business Council regarding the Pawnee Nation of Oklahoma membership and Pawnee Nation of Oklahoma claims or rights growing out of treaties between the Pawnee Nation of Oklahoma and the United States, provided:

1. Such acts of the Pawnee Business Council shall be valid and valid unless formally disapproved by the Nasharo Council within thirty (30) days after such acts are referred to the latter Council;

2. Where such are disapproved by the Nasharo Council, the Pawnee Business Council may submit them to a referendum of the Pawnee Nation of Oklahoma and they shall be valid and effective if approved by a majority vote of the adult members voting in person or by absentee ballot; provided, that, at least fifty (50) of those qualified to vote shall cast ballots in such election.

**Section 2.** The Bands of the Pawnee Nation of Oklahoma shall elect their respective representative under rules and regulations prescribed by the Chiefs of each Band. The representatives selected shall serve until the next regular selection of members of the Nasharo Council.

**Section 3.** Vacancies in the membership of the Nasharo Council shall be filled under rules and regulations prescribed by the Nasharo Council.

**Section 4.** The Nasharo Council shall have the power to establish its own offices and to designate its own officers, to fix is own meeting days, and to adopt its own rules of procedure; provided a quorum is present to transact business. Records of the proceedings of this body shall be kept.

**Section 5.** All members of the Nasharo Council shall attend tribal constitution classes as prescribed by the Pawnee Business Council.

Back to Top

# ARTICLE IX - BILL OF RIGHTS

**Section 1.** All members of the Pawnee Nation shall enjoy without hindrance freedom of worship, conscience, speech, press, assembly, and association.

**Section 2.** The Constitution shall not in any way alter, abridge or otherwise jeopardize the rights and privileges of the Pawnee Nation as citizens of the State of Oklahoma or of the United States. The Indian Civil Rights Acts of 1968 (ICRA) and rights guaranteed under this Act is applicable to the tribal members and other persons within tribal jurisdiction.

**Section 3.** The individual property rights of any member of the Pawnee Nation shall not be altered, abridged or otherwise affected by the provisions of this Constitution and By-Laws without the consent of such individual member.

Back to Top

# ARTICLE X - AMENDMENTS

Amendments to this Constitution may be proposed by a majority vote of the Pawnee Business Council or by a petition signed by at least fifty (50) of the adult members of the Pawnee Nation of Oklahoma.

This Constitution may be amended by a majority vote of the qualified voters of the Pawnee Nation voting in an election called for that purpose by the Secretary of Interior and conducted pursuant to the rules and regulations of the Pawnee Nation of Oklahoma. Provided, that, at least fifty (50) of those qualified to vote shall cast ballots in such election. The amendment shall become effective when approved by the Secretary of Interior, so long as such approval is required by Federal law, and ratified by the adult members of the Nation.

Back to Top

# ARTICLE XI - PLACE OF MEETINGS

Unless some other location in the Pawnee Nation of Oklahoma jurisdiction is designated in the notice, all meetings of the Pawnee Business Council and of the Nasharo Council shall be held at the Pawnee Nation Reserve at Pawnee, Oklahoma.

Back to Top

# ARTICLE XII - ADOPTION

This Constitution when approved by the Secretary of Interior, shall be submitted to referendum vote of the adult members of the Nation, and shall become effective if approved by two-thirds vote of the adult members voting in person, provided that at least fifty votes are cast.

Back to Top

# ARTICLE XIII - SAVINGS CLAUSE

All enactments of the Nation adopted before the effective date of this Constitution shall continue in effect to the extent to that they are not inconsistent with this constitution.

Back to Top

# ARTICLE XIV - SEVERABILITY

If any part of this Constitution is held by the Federal Court to be invalid or contrary to the US Constitution or Federal law, the remainder shall continue to be in full force and effect.

Back to Top

# CERTIFICATE OF APPROVAL

I, NANCY JEMISON, Acting Deputy Commissioner of Indian Affairs, by virtue of the authority granted to the Secretary of the Interior by the Oklahoma Indian Welfare Act of June 26, 1936 (49 Stat. 1967) and delegated to me by Secretarial Order No. 3150 as extended by Secretarial Order No. 3177, as amended, do hereby approve the Constitution of the Pawnee Nation of Oklahoma. This Constitution is effective on the date ratified by the adult members of the Pawnee Tribe of Oklahoma; PROVIDED, that nothing in this approval shall be construed as authorizing any action under this document that would be contrary to Federal law.

NANCY JEMISON

Acting Deputy Commissioner Of Indian Affairs
Washington, D.C.

Date: April 27, 1998

© Copyright Pawnee Nation of Oklahoma. P.O. Box 470 Pawnee, Ok 74058

June 21, 2005

Back to Top