IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 06cv02239-JR |

### DECLARATION OF BRUCE MAYTUBBY

I, Bruce Maytubby, pursuant to 28 U.S.C. 1746, do hereby declare and state, based on my personal knowledge or upon information provided to me in my official capacity:

1. I am the Deputy Regional Director, Trust Services, of the Southern Plains Region for the Bureau of Indian Affairs (BIA). I have held this position since June 27, 2004, and have been at the Southern Plains Region since December 4, 1988. My responsibilities as the Deputy Regional Director, Trust Services include serving as the line officer responsible for planning, implementing, directing, monitoring and evaluating the BIA's trust responsibilities and program services within the Southern Plains Region. The Southern Plains Region provides services to twenty-four (24) Tribes located in Kansas, Texas, and Western Oklahoma, including the Cheyenne-Arapaho Tribes of Oklahoma, Pawnee Nation of Oklahoma and the Sac and Fox Nation of Oklahoma. The

1

services provided by the Region include the management and administration of Federal programs such as; the Housing Improvement Program, Social Services, Transportation (Roads), Agriculture, and many other trust and non-trust related programs. The services provided by the BIA to these Tribes in terms of their trust properties necessarily vary based on the specific needs of the Tribes and how they generate revenues.

2. As a self-governance tribe, the Sac and Fox Nation does not have an agency providing services to them. Instead, their contact with the BIA is through the Regional Office. The program of particular concern to the Sac and Fox Nation is Oil and Gas Leasing. The Tribes also have several business ventures (discussed below) in which the BIA has no involvement and the funds are collected by the Tribes.

3. The Sac & Fox Nation of Oklahoma has approximately 3000 members. The reservation comprises some 16,000 acres. Of these, only about 1250 acres are tribally-owned. The balance—nearly 15,000 acres—are allotted lands.

4. The Sac and Fox Nation entered into a Self-Governance Compact with the Bureau, undertaking to provide Trust programs in lieu of the BIA under Public Law 93-638, in FY 1992. (The Nation received a planning grant preliminary to the compact in 1991.) Prior to this Compact, the Nation contracted to provide trust services to its members starting in 1983 (Consolidated Tribal Government), assuming management of Realty Services in 1989. The programs it has contracted to provide include Real Estate Services and Agriculture (which involves soil

conservation programs, in support of the Nation's agricultural leasing). The Nation maintains custody and control of all trust records relevant to the programs compacted, subject to the usual inspection rights of the Government, such as in connection with OTRA audits. A review of these compacted programs is conducted by OTRA annually. The programs that the Tribes have compacted to implement themselves have remained the same, but the duties have changed with technology and changes in the law.

5. As a result of the Sac and Fox Nation's compacted status, the Nation provides a substantial range of services in lieu of the Bureau of Indian Affairs including Real Estate Appraisals, Real Estate Services, and Tribal Government. The Tribe manages almost all aspects of these services. Notably it handles the details of leasing, the billing of rents, and the collection of proceeds. The Tribes have also operated a casino and a smoke shop/convenience store for at least five years. These activities are ventures of the Tribes with no BIA involvement, and the revenues are directly collected by the Tribes and never enter the trust system. The only money collection undertaken by the BIA for the Nation concerns proceeds to be distributed to Individual Indian Money accounts, which are almost exclusively for the benefit of allottees.

6. Attached as Exhibit A is a true and correct copy of the constitution of the Sac and Fox Nation (October 2, 1995, as amended)

7. In addition, the Region works with the Pawnee Nation's contracted programs under Public Law 93-638. Regional staff recognizes that tribal self-

3

determination under PL 93-638 is a right, and BIA does not dictate how a Tribe's 638 program should be designed to meet that Tribe's objectives. Since the 638 programs managed by the Pawnee Tribe do not involve trust services, I am not involved in their administration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July, 2008.

Bruce W. Maytubby

4

# DECLARATION OF

# Bruce Maytubby

# July 14, 2008

# EXHIBIT A

UNITED STATES

DEPARTMENT OF THE INTERIOR

OFFICE OF INDIAN AFFAIRS

CONSTITUTION AND BY-LAWS

OF THE SAC AND FOX TRIBE OF

INDIANS OF OKLAHOMA

RATIFIED DECEMBER 7, 1937

UNITED STATES

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1938

# CONSTITUTION AND BY-LAWS OF THE SAC AND FOX TRIBE OF INDIANS OF OKLAHOMA

## PREAMBLE

We, the Sac and Fox Indians of Oklahoma, in order to promote our common welfare and to secure to ourselves and our descendants, the rights, powers and privileges offered by the Thomas-Rogers Oklahoma Indian Welfare Act, approved June 26, 1936, do establish this organization and adopt the following constitution and by-laws pursuant to that Act.

## ARTICLE I-NAME

The name of this organization shall be known as "The Sac and Fox Tribe of Indians of Oklahoma."

## ARTICLE II-MEMBERSHIP OF TRIBE

The membership of the Sac and Fox Tribe of Indians of Oklahoma shall consist of the following persons:

SECTION 1. All persons enrolled on the official census roll of the Tribe as of January 1, 1937.

SEC. 2. All children born since the date of said roll, both of whose parents are members of the Tribe.

SEC. 3. Any child who is of Sac and Fox Indian blood and who is born of a marriage between a member of the Tribe and any other person, if such child is admitted to membership by the Council.

SEC. 4. The Council shall have power to prescribe rules and regulations, subject to the review of the Secretary of the Interior, covering future membership including adoptions and the loss of membership.

## ARTICLE III-MEMBERSHIP OF COUNCIL

The supreme governing body of the Tribe shall be the Sac and Fox Council. The membership of the Council shall be all the members of the Sac and Fox Tribe, both males and females twenty-one years of age and older. All actions of the Council shall be determined by a majority vote of the membership present.

## ARTICLE IV-OFFICERS

SECTION 1. The officers of this Tribe shall be the Principal Chief, Second chief, Secretary-Treasurer and two Councilmen. The term of office shall be for two years, except as provided in section 1 of Article VII of this Constitution.

## ARTICLE V-COMMITTEES

SECTION 1. There shall be a Business Committee which shall consist of the officers and councilmen as provided in Article IV. This Committee shall have power to appoint subordinate committees and representatives, to transact business and otherwise speak or act on behalf of the Tribe in all matters on which the Tribe is empowered to act now or in the future: *Provided*, That acts of the said Business Committee relating to claims or rights growing out of treaties between the United States and the Tribe shall not be effective unless authorized or approved by the Sac and Fox Council.

SEC. 2. *Grievance Committee.*-This Committee shall consist of three members who shall be elected by the membership of the Council and shall not include any members of the Business Committee.

## ARTICLE VI-ELECTIONS

SECTION 1. Within sixty days after the adoption of this Constitution and By-laws, an election of officers and members of the Grievance Committee shall be held under rules and regulations prescribed by the Superintendent of the Shawnee Indian Agency. The officers and members of the Grievance Committee elected at this election shall serve till the next regular election provided for in section 2 of this Article, or until their successors are elected and installed.

SEC. 2. Regular elections of officers and members of the Grievance Committee shall be held on the first Thursday in August, 1939, and on the first Thursday in August of each second year thereafter, under rules and regulations prescribed by the Business Committee: *Provided,* That voting shall be by the membership of the Council in person at polling places designated by the Business Committee.

SEC. 3. To be eligible for election, notice of candidacy for an elective office must be filed with tile Secretary-Treasurer at least twenty days prior to election. Such notice shall be valid if filed by a candidate himself or upon the petition of ten members of the Council. No person shall be a candidate for more than one office at anyone election.

## ARTICLE VII-VACANCIES

Vacancies in any elective office shall be filled for an unexpired term by appointment of the Business Committee.

## ARTICLE VIII-REMOVAL OF OFFICERS

The Grievance Committee shall investigate complaints of misconduct in office of members of the Business Committee and upon a proper showing shall call a special meeting of the Council to act upon such complaints.

The Council shall have power, by a majority vote, after giving the accused a hearing, to remove him from office.

## ARTICLE IX-BILL OF RIGHTS

SECTION 1. All members of the Tribe shall enjoy without hindrance, freedom of worship, conscience, speech, press, assembly and association.

SEC. 2. This Constitution shall not in any way alter, abridge or otherwise jeopardize the rights and privileges of the members of this Tribe as citizens of the State of Oklahoma or of the United States.

SEC. 3. The individual property rights of any member of the Tribe shall not be altered, abridged, or otherwise affected by the provisions of this Constitution and By-laws without the consent of such individual member.

## ARTICLE X-AMENDMENTS

Amendments to this Constitution and the attached By-laws may be proposed by a majority vote of the

Business Committee or by a petition signed by thirty per cent of the adult members of the Tribe, and if approved by the Secretary of the Interior, shall be submitted to a referendum vote of the adult members of the Tribe, and shall be effective if approved by a majority vote.

## BY-LAWS

### ARTICLE I-DUTIES OF OFFICERS

SECTION 1. The Principal Chief shall preside at all meetings of the Council and of the Business Committee. He shall have general supervision of the affairs of the Council and of the Business Committee and shall perform all duties appertaining to the office of Principal Chief.

SEC. 2. *Second Chief.*-In the absence of the Principal Chief, the Second Chief shall perform the duties of that office.

SEC. 3. *Secretary-Treasurer.*-The Secretary-Treasurer shall correctly record the proceedings of all meetings. He shall make out the order of the business for the Principal Chief, shall notify all Committees of their appointments, shall have custody of the records and all papers of the Council, which records and papers shall be open to inspection at any time, in his presence, by any member of the Council desiring to read them. He shall keep a correct list of all members of the Council, shall authenticate all accounts or orders of the Council and, in the absence of the Principal Chief and Second Chief, shall call the meeting to order until a chairman pro tem is selected. He shall render a written report at the annual meeting and at the expiration of his term of office the records and all papers in his possession shall be turned over to his successor. He shall issue notices of all meetings and conduct general correspondence, as directed by the Council or the Business Committee. He shall receive all moneys of the Council and keep an accurate account of receipts and disbursements.

The Secretary-Treasurer shall keep all Tribal moneys entrusted to his care in a special account and all disbursements therefrom should be made by check. At any time that such account shall amount to more than $50.00, he shall file a bond satisfactory to the Business Committee and the Commissioner of Indian Affairs. The cost of such bond shall be paid out of Tribal moneys.

### ARTICLE II-QUALIFICATIONS OF OFFICERS

Any person elected to membership on the Business Committee shall be not less than 21 years of age and a member of the Sac and Fox Tribe of Oklahoma. At the time of his election, he shall be an actual resident of the State of Oklahoma. Any person holding an elective office removing from the State of Oklahoma shall automatically lose office.

### ARTICLE III-MEETINGS

SECTION 1. Annual meetings of the Council shall be held on the last Thursday of August for the purpose of receiving reports and transacting any other business which may come regularly before the Council.

SEC. 2. Special meetings of the Council may be called at the discretion of the Principal Chief, and shall be called by him upon the written request of a majority of the Business Committee or upon the written request of fifty members of the Tribe: *Provided*, That at least ten days' notice shall be given in each instance.

SEC. 3. The principal object of a special Council meeting must be stated in the call for same and may include the words "and for the transaction of other business that may be presented." Unless these words are added no other business may be transacted except for the object stated in the call.

SEC. 4. Unless otherwise provided by resolution, the regular meetings of the Business Committee shall be held on the first Thursday of February, June, September, and December.

SEC. 5. Special meetings of the Business Committee may be called by the Principal Chief at his discretion, and shall be called by him upon the written request of three members of the Business Committee.

SEC. 6. Unless some other point under the Shawnee Agency jurisdiction is designated in the call or notice, all meetings of the Council shall be held at the Sac and Fox Agency grounds, and meetings of the Business Committee shall be held at the Shawnee Indian Agency.

## ARTICLE IV-QUORUM

SECTION 1. One hundred members of the Council shall constitute a quorum to transact business at any meeting.

SEC. 2. Three members of the Business Committee shall constitute a quorum to transact business at any meeting.

## ARTICLE V-ADOPTION

This Constitution and By-laws shall be effective when approved by the Secretary of the Interior and ratified by a majority vote of the members of the Sac and Fox Tribe of Oklahoma voting at an election called by the Secretary of the Interior under the rules and regulations which he may prescribe pursuant to Section 3 of the Oklahoma Indian Welfare Act of June 26, 1936.

I, Oscar L. Chapman, the Assistant Secretary of the Interior of the United States of America, by virtue of the authority granted me by the Act of June 26, 1936 (49 Stat. 1967), do hereby approve the attached Constitution and By-laws of the Sac and Fox Tribe of Oklahoma.

CHAPMAN,

OSCAR L.

*Assistant Secretary of the Interior.*

[SEAL]

WASHINGTON, D. C., *October 27, 1937.*

## CERTIFICATION OF ADOPTION

Pursuant to an order, approved October 27, 1937 by the Assistant Secretary of the Interior, the attached Constitution and By-laws was submitted for ratification to the members of the Sac and Fox Tribe of Indians of Oklahoma and was on December 7, 1937 duly ratified by a vote of 202 for, and 120 against, in an election in which over 30 per cent of those entitled to vote cast their ballots, pursuant to section 3 of the Oklahoma Indian Welfare Act of June 26, 1936 (49 Stat. 1967).

| | |
|---|---|
| **ELECTION BOARD,** *Member.* | **SAC & FOX** |
| | **PAULINE LEWIS,** |
| **DUNCAN,** *Member.* | **DICKSON** |
| | **F. E. PERKINS,** *Superintendent, Shawnee Agency.* |