U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## EXECUTIVE SUMMARY OF FINDINGS

**VIII.    Fill the Gap (see Attachments G, G-1, G-2, G-3, G-4, G-5 and G-6) (Continued)**

As a result of performing Fill the Gap procedures for Yakama Nation, we identified certain proposed adjustments. Below is a summary of proposed adjustments identified:

### Summary of Timber Sales Proposed Adjustments and Reclassifications

|  | Yakama Nation (Account 7473) | Tribal Land Enterprise (TLE) (Account 7040) | IIM (Various Accounts) | Total |
|---|---|---|---|---|
| Due To Account(s) | $    28,625 | $    335,306 | $    2,891 | $    366,822 |
| Due From Account(s) | (399,105) | (2,187) | (2,282) | (403,574) |
| Net Amount Due (From) To Account(s) | $    (370,480) | $    333,119 | $    609 | $    (36,752) |

### Summary of Surface Lease Proposed Adjustments and Reclassifications

|  | Yakama Nation (Account 7473) | Tribal Land Enterprise (TLE) (Account 7040) | Total |
|---|---|---|---|
| Due To Account(s) | $    26,651 | $    186,902 | $    213,553 |
| Due From Account(s) | (15,470) | (38,667) | (54,137) |
| Net Amount Due To Account(s) | $    11,181 | $    148,235 | $    159,416 |

Note: The proposed adjustments and reclassifications above include interest impact from the effective date of the proposed adjustment or reclassification through September 30, 1994. The interest computed was based on Bureau provided Benchmark rates (see Attachment B-1) based upon the overall yield for all Tribes' investments and assumed annual compounding. Benchmarks may not be representative of any single Tribe's actual investment yields.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

### EXECUTIVE SUMMARY OF FINDINGS

VIII.    **Fill the Gap (see Attachments G, G-1, G-2, G-3, G-4, G-5 and G-6) (Continued)**

We verified (i.e., traced and agreed), on a sample basis, receipt amounts posted to the general ledger to original lease agreements, sales agreements, contracts, permits or other documentation as appropriate, to the extent provided, to determine that the amounts received and the allocation of such amounts to general ledger accounts were properly recorded based on such documentation.

#### Summary of Fill the Gap Results for All Tribes

| Type of Receipts | Number of Leases/ Contracts | Number of Production Periods | Tribal Trust Amounts Due | Amounts Verified | Difference | Percent Verified |
|---|---|---|---|---|---|---|
| Surface Leases | 1,614 | N/A | $ 187,307,350 | $ 185,449,370 | $ 1,857,980 | 99.01% |
| Timber Sales | 409 | 714 | 341,894,047 | 340,846,006 | 1,048,041 | 99.69 |
| Oil and Mineral Sales | 227 | 490 | 79,317,929 | 74,513,874 | 4,804,055 | 93.94 |
| Totals | 2,250 | 1,204 | $ 608,519,326 | 600,809,250 | $ 7,710,076 | 98.73% |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## EXECUTIVE SUMMARY OF FINDINGS

IX.    **Disbursement Activity for Judgment Awards (see Attachment H)**

We reviewed disbursement transactions for judgment award accounts to verify (i.e., trace and agree) they were authorized by the Award Fund Distribution Plan (the Plan) and were posted to the proper account based on the purpose identified on the Tribal request and/or resolution.

As a result of performing judgment award procedures for Yakama Nation, below is a summary of findings by Docket:

**DOCKETS 161, 222, 224, 47A and 162**
**Accounts 7127, 7627, 7399, 7899, 9362, 9862, 9401 and 9901**

Based on original award documentation and docket historical summary, the original award amount that should have been posted to the account was $1,539,537. The actual amount posted was $1,539,637. Approximately $100, in favor of Yakama Nation, from the time of award to the time of posting could not be accounted for. No adjustment has been proposed.

Total disbursements of $3,156,000 were for a documented purpose that is in accordance with the Plan. We verified (i.e., traced and agreed) the disbursement postings to the general ledger noting these disbursements were designated for the purpose identified on the Tribal request and/or resolution. Disbursements of $18,178 did not have adequate documentation (i.e., signed SF1034/ Tribal resolution, etc.) to determine that the disbursements were in accordance with the Plan.

**DOCKET 310-74**
**Accounts 9418 and 9918**

Based on Tribal resolution T-9-83, the distribution of the judgment award was allocated to per capita and heirship land in accordance with the Plan. Total disbursements of $1,562,517 were for a documented purpose that is in accordance with the Plan. We verified (i.e., traced and agreed) the disbursement postings to the general ledger noting these disbursements were designated for the purpose identified on the Tribal request and/or resolution. Disbursements of $9,588 did not have adequate documentation (i.e., signed SF1034/Tribal resolution, etc.) to determine that the disbursements were in accordance with the Plan.

**DOCKETS 47 and 164**
**Accounts 7033 and 7533**

Total disbursements of $341,562 were for a documented purpose that is in accordance with the Plan. We verified (i.e., traced and agreed) the disbursement postings to the general ledger noting these disbursements were designated for the purpose identified on the Tribal request and/or resolution. Disbursements of $5,733 did not have adequate documentation (i.e., signed SF1034/Tribal resolution, etc.) to determine that the disbursements were in accordance with the Plan.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## EXECUTIVE SUMMARY OF FINDINGS

X.    **Bureau/Tribal Memorandum of Understanding (Attachments I-1 and I-2)**

We performed the procedures described below at the request of the Bureau as a result of the Memorandum of Understanding between the Bureau and Yakama Nation.

1.  We reviewed, on a sample basis, the timeliness of timber payments received from the loggers in accordance with the provisions of the contracts (see Attachment I-1 for "Summary of Timber Payments/Timber Deposits").

2.  We reviewed, on a sample basis, the timeliness of timber deposits into interest-bearing accounts (see Attachment I-1 for "Summary of Timber Payments/Timber Deposits").

    As a result of procedures performed on numbers (1) and (2) above, we noted:

    - The average number of days from collection of advanced deposits into the Treasury (per Electronic Fund Transfer/Collection Voucher) to the posting of the collection to its appropriate Special Deposit Account (SDA) (per IIM statement) was sixteen (16) days for transactions selected.
    - Thirteen (13) payments have been noted as being delinquent (i.e., date collected was subsequent to date due).

3.  We reviewed documentation of the history, policies and procedures relating to the implementation of the Forest Management Deduction (FMD). In addition, we determined the amount of the FMD that was returned to the Treasury (see Attachment I-2 for "Forest Management Deduction (FMD)").

    As a result of procedures performed on (3) above, for all timber sales substantively tested (see Attachment G-2 "Summary of Timber Sales Results"), we noted:

    - FMD was collected in accordance with CFR 25 (§163.18). These fees are placed in special deposit accounts set up for the Forestry Department's allowable expenditures. We reviewed detail transaction statements for these accounts and noted that a total of $554,044 of unused fees was returned to the Treasury during Fiscal Years 1973 through 1979 and $0 during Fiscal Years 1980 through 1992.

4.  We reviewed unadjusted account balance discrepancies in year-end and beginning year balances for Fiscal Years 1973 through 1992 (see separate accompanying Tribal Account Statements).

5.  We reviewed Summary of Trust Funds statements provided to Yakama Nation and made recommendations for changing the reporting of interfund transfers and related activity (see Attachment L for "Other Findings/Recommendations").

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## EXECUTIVE SUMMARY OF FINDINGS

**XI.    Laws and Regulations Compliance Testing (see Attachment J)**

We performed tests of compliance with laws and regulations with the 1992 Code of Federal Regulations (CFR), Volume 25, for a sample of income producing surface leases and timber sales active during Fiscal Year 1992. The laws and regulations may or may not be applicable to the leases and sales tested because they may have changed since the inception of the various leases and sales.

The following are summaries of compliance findings for each CFR part and section tested for surface leases and timber sales:

### Surface Leases

| CFR Part and Section Tested | Section Title | Number of Leases with Compliance Findings |
|---|---|---|
| 162.5(a) | Special Requirements and Provisions | 0 |
| 162.5(b) | Special Requirements and Provisions | 0 |
| 162.5(c) | Special Requirements and Provisions | 20 |
| 162.6(a) | Negotiation of Leases | 0 |
| 162.8(a) & (c) | Duration of Leases | 0 |
| 162.12(a) | Subleases and Assignments | 0 |
| 162.13 | Payment of Fees and Drainage and Irrigation Charges | 1 |

### Timber Sales

| CFR Part and Section Tested | Section Title | Number of Sales with Compliance Findings |
|---|---|---|
| 163.3 | Objectives | 0 |
| 163.4 | Sustained Yield Management | 0 |
| 163.7(c) | Timber Sales from Unallotted and Allotted Lands | 0 |
| 163.8 | Advertisement of Sales | 0 |
| 163.10(a) | Deposit with Bid | 1 |
| 163.11(a) | Acceptance and Rejection of Bids | 0 |
| 163.12 | Contracts Required | 0 |
| 163.13(a) | Execution and Approval of Contracts | 0 |
| 163.13(b) | Execution and Approval of Contracts | 0 |
| 163.14 | Bonds Required | 1 |
| 163.15(a) | Payment for Timber | 0 |
| 163.15(b) | Payment for Timber | 0 |
| 163.16(a) | Advance Payment for Allotment Timber | 2 |
| 163.17 | Time for Cutting Timber | 0 |
| 163.18 | Deductions for Administrative Expenses | 0 |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

### PROCEDURES

We performed the following procedures to reconcile individual account transactions:

a. **Receipts** - We verified (i.e., traced and agreed) non-investment receipts posted to each of Yakama Nation's accounts, to the extent source documentation was provided, as to amount, date and account number to deposit tickets and/or related collection vouchers, journal vouchers and/or other relevant collection documentation.

b. **Disbursements** - We verified (i.e., traced and agreed) non-investment disbursements posted to each of Yakama Nation's accounts, to the extent source documentation was provided, as to amount, date and account number to U.S. Treasury ("Treasury") processed SF1166 documents (Voucher and Schedule of Payment), Treasury reports (GOALS) of processed SF1166's, journal vouchers and/or other relevant disbursement documentation. We also verified (i.e., traced and agreed), to the extent source documentation was provided, the posted disbursement transactions as to amount, date and account number to the requests for withdrawal from Yakama Nation and/or the Bureau.

c. **Exceptions** - As a result of applying the above procedures, differences were noted between the source document(s) and the posting to the general ledger.

Exceptions fell into one (1) of four (4) basic categories:

1. **Cleared Exceptions** - Exceptions resolved (cleared) through additional follow-up and/or obtaining additional supporting documentation. These items did not result in proposed adjustments.

2. **Proposed Adjustments** - Exceptions identified in the reconciliation process that through additional follow-up and discussions with the Bureau, it was determined that an error occurred resulting in a misstatement of the account. With Bureau concurrence, adjustments were proposed for these items.

3. **Passed Adjustments** - Exceptions identified in the reconciliation process that were not approved for adjustment by the Bureau. Although no requested additional supporting documentation could be provided, the Bureau concluded that a subsequent correction was made to the account, or the exception is no longer valid based on the Bureau's review of the account statement, other general ledger reports, or knowledge of the accounting system.

4. **Scoped Adjustments** - Exceptions identified in the reconciliation process that were determined to be insignificant by the Bureau (less than or equal to $1,000 each). At the Bureau's direction, no additional follow-up procedures were performed.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

d.  **Investment Transactions** - We also performed procedures described in a and b above for certain investment transactions (i.e., purchases and maturities) in Fiscal Years 1986 through 1991. However, these procedures were discontinued and these transactions were tested through alternative procedures such as Investment Yield Analysis and Treasury Interest Recalculation (see Attachments B-1 and B-2 for "Summary of Investment Yield Analysis Procedures and Results" and "Summary of Treasury Interest Recalculation Procedures and Results," respectively).

## SUPPLEMENTAL INFORMATION

The objectives have been included here as supplemental information to the reader. No conclusions have been made regarding the achievement of these objectives by applying the agreed-upon procedures.

### Contract Objectives

The primary objective of the Reconciliation Project was to reconstruct historical transactions, to the extent practicable, for all years where records were available for all Tribal Trust accounts managed by the Bureau.

### Objectives

- To ensure all receipt and disbursement activity recorded in Yakama Nation's Tribal Trust accounts, for which documentation is available, is properly reflected and supported.
- To ensure all receipts and disbursements made, for which documentation is available, were properly recorded to the appropriate Tribal Trust account.

## FINDINGS

The following tables represent the results of the performance of the agreed-upon Basic Reconciliation procedures:

- "Summary of Basic Reconciliation Results for Yakama Nation"
- "Summary of Basic Reconciliation Results for All Tribes"
- "Disbursement Transactions Tested"
- "Scoped Adjustments" for less than or equal to $1,000 each not requiring follow-up
- "Passed Adjustments"
- "Proposed Adjustments"
- "Summary of Proposed Date Changes"



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

The following summarizes the results of the reconciliation of the posting of source documents performed as part of the Basic Reconciliation procedures. Reconciled investment transactions represent those reconciled early in the reconciliation process. Investment transactions were tested through alternative procedures such as Investment Yield Analysis and Treasury Interest Recalculation. The following schedule represents absolute dollar coverage (the sum of the gross value of all transactions without consideration of mathematical plus (+) and minus (-) sign) for the entire reconciliation period.

### Summary of Basic Reconciliation Results for Yakama Nation

| | Transactions | Percent | Absolute Dollars | Percent |
|---|---|---|---|---|
| Non-Investment Transactions: | | | | |
| Reconciled | 11,193 | 81% | $ 614,684,494 | 89% |
| Unreconciled | 2,616 | 19 | 76,854,510 | 11 |
| | 13,809 | 100% | $ 691,539,004 | 100% |
| Investment Transactions: | | | | |
| Reconciled | 949 | 14% | $ 726,417,953 | 32% |
| Tested Through Alternative Procedures | 5,879 | 86 | 1,565,222,674 | 68 |
| | 6,828 | 100% | $ 2,291,640,627 | 100% |
| Totals | 20,637 | 100% | $ 2,983,179,631 | 100% |

Note: Treasury interest transactions are excluded from this schedule (see Attachment B-2 for "Summary of Treasury Interest Recalculation Procedures and Results").



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

The following summarizes the results of the reconciliation of the posting of source documents performed as part of the Basic Reconciliation procedures. Reconciled investment transactions represent those reconciled early in the reconciliation process. Investment transactions were tested through alternative procedures such as Investment Yield Analysis and Treasury Interest Recalculation. The following schedule represents absolute dollar coverage (the sum of the gross value of all transactions without consideration of mathematical plus (+) and minus (-) sign) for the entire reconciliation period.

### Summary of Basic Reconciliation Results for All Tribes

| | Transactions | Percent | Absolute Dollars | Percent |
|---|---|---|---|---|
| **Non-Investment Transactions:** | | | | |
| Reconciled | 218,531 | 87% | $ 15,333,094,983 | 86% |
| Unreconciled | 32,901 | 13 | 2,411,574,165 | 14 |
| | 251,432 | 100% | $ 17,744,669,148 | 100% |
| **Investment Transactions:** | | | | |
| Reconciled | 65,267 | 16% | $ 21,306,350,015 | 24% |
| Tested Through Alternative Procedures | 335,146 | 84 | 67,210,929,523 | 76 |
| | 400,413 | 100% | $ 88,517,279,538 | 100% |
| Totals | 651,845 | 100% | $ 106,261,948,686 | 100% |

Note:  Treasury interest transactions are excluded from this schedule (see Attachment B-2 for "Summary of Treasury Interest Recalculation Procedures and Results").



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

At the request of the Bureau, codes were assigned to reconciled disbursement transactions indicating the level of supporting documentation. All transactions with an alpha code (disbursement code) assigned are reconciled transactions. An unreconciled transaction indicates that we were not provided with all documents necessary to verify (i.e., trace and agree) the transaction to the general ledger.

### Disbursement Transactions Tested

| Disbursement Code(s) | Transactions | Amount | Percent |
|---|---|---|---|
| L | 372 | $ 143,138,621 | 46% |
| C | 455 | 82,796,433 | 27 |
| GL | 35 | 23,202,578 | 7 |
| JL | 314 | 17,737,536 | 6 |
| JLZ | 33 | 7,775,757 | 2 |
| G | 6 | 1,994,889 | 1 |
| Other | 1,663 | 624,536 | 0 |
| Total Reconciled | 2,878 | 277,270,350 | 89 |
| Unreconciled | 1,529 | 34,051,217 | 11 |
| Total Disbursements | 4,407 | $ 311,321,567 | 100% |

### Disbursement Reconciliation Code Legend

L - The disbursement was to Yakama Nation in care of Superintendent or third party (Bank) and did not have both Tribal and other governmental signed authorization.
C - The complete disbursement voucher package was reconciled.
G - Transaction did not have a Treasury stamp to indicate the SF1166 cleared Treasury.
J - Document contained insufficient accounting information (i.e., account numbers were not on documentation). Tribal identification and reference tables were used to verify posting.
Z - Additional third party documents were provided that support the disbursement transaction.
Other - Represents other reconciliation code combinations.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

### Scoped Adjustments

| Number | Transaction Identification | Due To Account(s) | Due From Account(s) |
|--------|---------------------------|-------------------|---------------------|
| 1 | CT02P5871 | $        - | $        (40.07) |
| 2 | CT02P5872 | 40.07 | - |
| 3 | AW01T0034 | - | (1.00) |
| 4 | CT04P7269 | - | (72.50) |
| 5 | VS03V0551 | 160.00 | - |
| 6 | VS10V0552 | 30.00 | - |
| 7 | VD11V0551 | 60.00 | - |
| 8 | VS03V2651 | 150.00 | - |
| 9 | VD10V4022 | - | (38.77) |
| 10 | VD12V0177 | 15.10 | - |
| 11 | CT07P2448 | 200.00 | - |
| 12 | CT05P2280 | 20.00 | - |
| 13 | VD06V4074 | - | (36.89) |
| 14 | VD06V4028 | 28.50 | - |
| 15 | VD05V2252 | 31.00 | - |
| 16 | VD02V4017 | - | (39.18) |
| 17 | VD10V4019 | - | (32.96) |
| 18 | VD12V4010 | - | (43.36) |
| 19 | VD10V4344 | - | (21.58) |
| 20 | VD06V4211 | - | (1.46) |
| 21 | CT04P3863 | 87.50 | - |
| 22 | CT08P2291 | - | (15.05) |
| 23 | CT03P6721 | 38.75 | - |
| 24 | CT04P6018 | 19.40 | - |
| 25 | VD05V1352 | 1.84 | - |
| 26 | VD06V1651 | - | (21.55) |
| 27 | VD06V0152 | 10.40 | - |
| 28 | VD04V2751 | 11.67 | - |
| 29 | TD01P0014 | 28.76 | - |
| 30 | VD09V0451 | - | (19.91) |
| 31 | VD10V1548 | - | (252.75) |
| 32 | VD11V0093 | 56.25 | - |
| 33 | VD06V4607 | - | (1.19) |
| 34 | VD04V1182 | - | (3.94) |
| 35 | VD01V0634 | - | (9.21) |

-31-

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

### Scoped Adjustments (Continued)

| Number | Transaction Identification | Due To Account(s) | Due From Account(s) |
|--------|----------------------------|-------------------|---------------------|
| 36 | BB05P0362 | $          - | $        (140.00) |
| 37 | VD02V1533 | 77.60 | - |
| 38 | VD01V1179 | - | (10.20) |
| 39 | VD05V2351 | 8.50 | - |
| 40 | VD01V1024 | 7.60 | - |
| 41 | VD06V1000 | - | (154.69) |
| 42 | VD05V0740 | - | (455.50) |
| 43 | CT03P0766 | 7.00 | - |
| 44 | VD07V0796 | 1.18 | - |
| 45 | CT12P0503 | 23.51 | - |
| 46 | CT12P0507 | 123.83 | - |
| 47 | CT11P3554 | 22.72 | - |
| 48 | CT04P2618 | 2.70 | - |
| Subtotals | | $     1,263.88 | $     (1,411.76) |
| Interest (1) | | 3,210.88 | (5,535.28) |
| Subtotals Due To (From) Account(s) | | $     4,474.76 | $     (6,947.04) |
| Total Scoped Adjustment Due From Account(s) | | | $     (2,472.28) |

(1) Represents interest impact from the effective date of the proposed adjustment through
September 30, 1994. The interest computed was based on Bureau provided Benchmark rates
(see Attachment B-1) based upon the overall yield for all Tribes' investments and assumed
annual compounding. Benchmarks may not be representative of any single Tribe's
actual investment yields.

Note: Scoped adjustments are exceptions identified in the reconciliation process that were
determined to be insignificant by the Bureau (less than or equal to $1,000 each). At the
Bureau's direction, no additional follow-up procedures were performed.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

|  | Passed Adjustments | | |
|---|---|---|---|
| Number | Transaction Identification | Due To Account(s) | Due From Account(s) |
| 1 | CT12P9978 | $         - | $    (2,837.88) |
| 2 | CT12P0492 | 375.92 | - |
| Subtotal |  | $    375.92 | $    (2,837.88) |
| Interest (1) |  | 2,046.50 | (6,627.89) |
| Subtotals Due To (From) Accounts |  | $    2,422.42 | $    (9,465.77) |
| Total Passed Adjustment Due From Account(s) |  |  | $    (7,043.35) |

(1) Represents interest impact from the effective date of the proposed adjustment through
September 30, 1994. The interest computed was based on Bureau provided Benchmark rates
(see Attachment B-1) based upon the overall yield for all Tribes' investments and assumed
annual compounding. Benchmarks may not be representative of any single Tribe's
actual investment yields.

Note: Passed adjustments are exceptions identified in the reconciliation process that were not approved
for adjustment by the Bureau. Although no requested additional supporting documentation
could be provided, the Bureau concluded that a subsequent correction was made to the account,
or the exception is no longer valid based on the Bureau's review of the account statement, other
general ledger reports, or knowledge of the accounting system.



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

### Proposed Adjustments

| Number | Transaction Identification | Due To Account(s) |
|:---:|:---:|:---:|
| 1 | CT12P0492 | $ 727.74  (1) |
| 2 | CT04P0839 | 2,150.66  (2) |
| Subtotal | | 2,878.40 |
| Interest (3) | | 15,358.14 |
| Total Due To Account(s) | | $ 18,236.54 |

(1) The proposed adjustment was due to $727.74 of Yakama Nation receipts that were incorrectly posted to another Tribal Trust account. The Bureau concurs with the proposed adjustment.

(2) The proposed adjustment was due to Yakama Nation receipts that were posted to another Tribal Trust account. The total amount of $2,150.66 represents a proposed adjustment that was concurred by the Bureau.

(3) Represents interest impact from the effective date of the proposed adjustment through September 30, 1994. The interest computed was based on Bureau provided Benchmark rates (see Attachment B-1) based upon the overall yield for all Tribes' investments and assumed annual compounding. Benchmarks may not be representative of any single Tribe's actual investment yields.



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF BASIC RECONCILIATION PROCEDURES AND RESULTS

### Summary of Proposed Date Changes

As a result of the Basic Reconciliation procedures, date exceptions (i.e., proposed date changes) were noted. Proposed date changes represent a difference in the effective date (i.e., posted date) per the general ledger and the source document. Although the transaction amount was not an error, the resulting discrepancy would have an interest impact. Below is a summary of the proposed date changes and the corresponding interest impact.

| Adjustment Due To (From) Account | Number of Transactions | Absolute Dollar Value of Principal | Number of Days Difference | Compounded Interest Effect (Proposed Adjustment) (1) |
|---|---|---|---|---|
| Due From | 6 | $ 1,470 | 1 to 3 | $ (1) |
| | 0 | - | 4 to 6 | - |
| | 1 | 4 | 11 to 30 | - |
| | 2 | 275 | over 30 | (93) |
| Subtotal Due From Account | 9 | | | (94) |
| Due To | 11 | 18,909 | 1 to 3 | 26 |
| | 1 | 3,900 | 4 to 6 | 31 |
| | 1 | 4 | 11 to 30 | - |
| | 0 | - | over 30 | - |
| Subtotal Due To Account | 13 | | | 57 |
| Total Adjustment Due From Account | 22 | | | $ (37) |

(1) Represents interest impact from the effective date of the proposed adjustment through September 30, 1994. The interest computed was based on Bureau provided Benchmark rates (see Attachment B-1) based upon the overall yield for all Tribes' investments and assumed annual compounding. Benchmarks may not be representative of any single Tribe's actual investment yields.

Note : Proposed date changes subsequent to Fiscal Year 1977 are included in the Summary of Treasury Interest Recalculation Procedures and Results for Yakama Nation (See Attachment B-2).



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

### PROCEDURES

The following procedures were applied to Fiscal Years 1978 through 1992. General ledger
income/cost codes needed to determine whether a transaction is interest related were not available
for years prior to Fiscal Year 1978 and, therefore, interest receipts could not be identified for
comparison.

We calculated annual investment interest yields on each of Yakama Nation's accounts and compared
to the Annual Tribal Fund Benchmark rates (Benchmark) to identify potential errors in interest
earnings. We investigated unusual fluctuations from the Benchmark parameters (see below for
discussion of parameters) to determine whether amounts were properly posted. This analysis also
provides information to Yakama Nation as to the performance of their specific accounts compared to
the Tribal Trust Fund as a whole, as reported by the Bureau.

Below is a summary of detailed procedures applied to Investment Yield Analysis:

- We calculated interest yield for each account for each fiscal year based on total interest postings
  to the general ledger for the year divided by the average daily invested balance.

- We compared the calculated yield to a benchmark rate. Benchmarks for each year were
  provided by the Bureau and were based upon the overall yield of all Tribes' investments for a
  particular fiscal year. A tolerable range of variation from the benchmark rate was established by
  the Bureau. We reviewed account detail and/or investment detail and source documentation as
  necessary to investigate the potential for error and/or explain the variation for accounts with
  variations from this established tolerance. The tolerance was established as follows:

  o a calculated yield no less than the benchmark rate - 2% or

  o a calculated yield no greater than the benchmark rate + 5% and

  o a calculated dollar impact of the variance greater than $1,000.

- We prepared an analysis which summarizes the yield by account and by Tribe over the fifteen
  (15) year time period (Fiscal Years 1978 - 1992) and reviewed it for the purpose of identifying
  potential timing issues, etc.

- We printed account detail for all accounts that produce variances outside the tolerable range.

- We reviewed account detail in order to determine what might have caused the variance in the
  calculated yield, such as:

  o Negative interest postings

  o Maturities posted without interest

  o Interest posted without maturities

  o Unusually large interest postings



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

- Timing differences, such as:
  o Investments maturing early in the fiscal year but purchased in the previous year
  o Investments purchased during the year but not maturing until subsequent years
- Based upon our initial analysis of the detailed statement and the summarized yield report, we requested supporting documentation, when appropriate, from the Bureau to help resolve or explain the variance.

## SUPPLEMENTAL INFORMATION

The objectives have been included here as supplemental information to the reader. No conclusions have been made regarding the achievement of these objectives by applying the agreed-upon procedures.

### Contract Objectives

The primary objective of the Reconciliation Project was to reconstruct historical transactions, to the extent practicable, for all years where records were available for all Tribal Trust accounts managed by the Bureau.

### Objectives

- To ensure that all Tribal funds were invested, and if not, uninvested funds are identified to the extent possible for the account holder.

- To ensure that investment balances are properly reflected for each Tribal account.

- To ensure interest earnings on invested funds are properly posted to Tribal accounts (interest reasonable).

### Other

Investment purchases and maturities and interest transactions were initially part of the Basic Reconciliation procedures. However, at the Bureau's direction, Basic Reconciliation procedures for investment transactions were discontinued. The Bureau determined the tracing of these transactions to internally prepared source documents was not accomplishing the primary objective of the Reconciliation Project, which was to determine if interest earned on investment transactions was properly reflected as a result of invested funds or funds available for investment.

The Bureau approved of the current procedures, which include calculation of yield on invested funds for comparison to Benchmark rates (i.e., yield analysis) in order to identify potential material errors. Initial Investment Yield Analysis was to be performed for twenty (20) Fiscal Years (1973 - 1992). However, general ledger income/cost codes must be present to determine whether a transaction is investment related and whether it is a principal or interest posting. General ledger income/cost codes were not available for years prior to Fiscal Year 1978. As a result, the Bureau directed Arthur Andersen LLP to perform Investment Yield Analysis procedures on Fiscal Years 1978 through 1992.



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

### FINDINGS

The following is the result of the work performed for Yakama Nation:

| Code | Description | Number of Occurrences |
|------|-------------|----------------------|
| A | Variance Within Range | 24 |
| B | Variance Timing Related | 10 |
| C | Variance Subsequently Corrected | 1 |
| D | Proposed Adjustment | 1 |
| E | Rates Above/Below Benchmark | 1 |
| | Total | 37 |

Below is a list of codes and respective descriptions to be used when reading Attachment B-1, "Summary of Investment Yield Analysis Procedures and Results."

| Code | Description |
|------|-------------|
| A. | Calculated variance fell within the tolerable range previously defined. |

Variances that fell outside of the tolerable range described in Code A above were investigated. The Codes below reflect the results of our investigation.

B.   We reviewed appropriate supporting documentation and found the variance to be timing related:

- Investments maturing in the current fiscal year related to the prior fiscal year(s) overstate interest in the current year since interest is posted at maturity. In addition, investments held at year end which mature in the following year(s) understate interest since interest is not accrued.

- Due to the absence of original transaction dates in the general ledger, assumed dates were used based on the document reference or the reporting month (see accompanying Account Statements for more detail) for the calculation of yields. Through further investigation, better transaction dates were identified and the yields recalculated. When the timing differences are taken into account, yields are within the tolerable range.

C.   We reviewed account detail and supporting documentation (i.e., general ledger transaction detail, MoneyMax/investment reports, source documents), as appropriate, noting a misposting of either the purchase, maturity or interest. The mispostings were subsequently corrected either by the client or as a proposed adjustment in the Finance/MoneyMax reconciliation. Any effective date discrepancies affecting cash balances were considered in connection with Treasury interest recalculations. No adjustments were proposed.

D.   We reviewed appropriate supporting documentation and determined that the variance was due to a misposting not subsequently corrected. Appropriate adjustments were proposed and either approved or unapproved (passed) by the Bureau.

E.   We reviewed appropriate supporting documentation and noted that the variance still exists due to actual investments made at interest rates either below or above Benchmark. No adjustments were proposed.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

The table below represents Benchmark rates provided by the Bureau and utilized in the work performed for Investment Yield Analysis and calculations of interest impact of proposed adjustments and reclassifications. These Benchmarks may not be representative of any single Tribe's actual investment yields.

### Annual Tribal Fund Benchmark Rates

| Fiscal Year Ended | Rates |
|---|---|
| 06/30/73 | 7.04% |
| 06/30/74 | 8.48% |
| 06/30/75 | 9.19% |
| 06/30/76 | 6.64% |
| 09/30/76 | 6.64% |
| 09/30/77 | 6.43% |
| 09/30/78 | 7.67% |
| 09/30/79 | 10.41% |
| 09/30/80 | 12.04% |
| 09/30/81 | 14.74% |
| 09/30/82 | 14.48% |
| 09/30/83 | 10.88% |
| 09/30/84 | 10.54% |
| 09/30/85 | 10.17% |
| 09/30/86 | 8.36% |
| 09/30/87 | 7.42% |
| 09/30/88 | 7.60% |
| 09/30/89 | 8.90% |
| 09/30/90 | 8.78% |
| 09/30/91 | 7.68% |
| 09/30/92 | 6.80% |
| 09/30/93 | 6.14% |
| 09/30/94 | 6.23% |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

Below is a column by column description for "Summary of Investment Yield Analysis Procedures and Results" within this Attachment.

**Fiscal Year** - The period from October 1 to September 30.

**Average Daily Invested Balance** - Average dollars invested on a daily basis for the fiscal year.

**Total Earned Interest Posted on Investments** - Actual posted interest to the general ledger for a particular account for the fiscal year.

**Calculated Yield** - Calculation based on "Total Earned Interest Posted on Investments" divided by the "Average Daily Invested Balance."

**Benchmark** - Bureau provided annual yield based on the overall yield for all Tribes' investments.

**Variance** - Difference between "Calculated Yield" and "Benchmark."

**Calculated Variance** - "Variance" multiplied by the "Average Daily Invested Balance."

**Disposition** - Relevant codes described above.

**Average Annual Invested Balance** - Sum of "Average Daily Invested Balance" divided by the number of years reviewed.

**Average Annual Interest Posted** - Sum of "Total Earned Interest Posted on Investments" divided by the number of years reviewed.

**Weighted Average Yield** - "Average Annual Invested Balance" divided by "Total Earned Interest Posted on Investments."

**Weighted Average Benchmark** - The summation for each fiscal year reviewed of calculated benchmark interest ("Benchmark" X "Average Daily Invested Balance") divided by the number of years reviewed, divided by the "Average Annual Invested Balance."

Note 1: Data is only reflected for those fiscal years in which an account had activity.

Note 2: Principal and related interest accounts, if applicable, were combined (i.e., all 7XXX and 9XXX accounts) for the calculations. The accounts were combined for all years of the analysis.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992

Tribe 124 (P11124) - Accounts 7040 and 7540
Principal and Related Interest Account Have Been Combined for this Analysis.

| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1988 | $698,655.54 | $15,765.13 | 2.26 % | 7.60 % | (5.34)% | ($37,308.21) | B |
| 1989 | $4,851,899.87 | $456,719.16 | 9.41 % | 8.90 % | .51 % | $24,744.69 | A |
| 1990 | $1,537,301.63 | $137,013.32 | 8.91 % | 8.78 % | .13 % | $1,998.49 | A |
| 1991 | $2,745,192.67 | $176,730.39 | 6.44 % | 7.68 % | (1.24)% | ($34,040.39) | A |
| 1992 | $1,566,416.08 | $89,823.47 | 5.73 % | 6.80 % | (1.07)% | ($16,760.65) | A |

——————————— Summary for this Account ———————————

| | |
|---|---|
| Average Annual Invested Balance | $2,279,893.16 |
| Average Annual Interest Posted | $175,210.29 |
| Weighted Average Yield | 7.69 % |
| Weighted Average Benchmark | 8.22 % |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992

Tribe 124 (P11124) - Accounts 7068 and 7568
Principal and Related Interest Account Have Been Combined for this Analysis.

| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1991 | $4,587,111.17 | $236,694.84 | 5.16 % | 7.68 % | (2.52)% | ($115,595.20) | B |
| 1992 | $3,934,196.86 | $195,574.62 | 4.97 % | 6.80 % | (1.83)% | ($71,995.80) | A |

——————— Summary for this Account ———————

| | |
|---|---|
| Average Annual Invested Balance | $4,260,654.02 |
| Average Annual Interest Posted | $216,134.73 |
| Weighted Average Yield | 5.07 % |
| Weighted Average Benchmark | 7.27 % |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992

Tribe 124 (P11124) - Accounts 7473 and 7973
Principal and Related Interest Account Have Been Combined for this Analysis.

| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1978 | $6,965,398.74 | $367,209.78 | 5.27 % | 7.67 % | (2.40)% | ($167,169.57) | B |
| 1979 | $16,162,379.43 | $1,447,804.29 | 8.96 % | 10.41 % | (1.45)% | ($234,354.50) | A |
| 1980 | $19,594,990.59 | $2,265,571.53 | 11.56 % | 12.04 % | (.48)% | ($94,055.95) | A |
| 1981 | $23,639,499.08 | $3,550,212.61 | 15.02 % | 14.74 % | .28 % | $66,190.60 | A |
| 1982 | $20,217,376.05 | $3,756,479.01 | 18.58 % | 14.48 % | 4.10 % | $828,912.42 | A |
| 1983 | $13,676,587.30 | $1,579,534.75 | 11.55 % | 10.88 % | .67 % | $91,633.13 | A |
| 1984 | $13,034,903.30 | $1,324,713.94 | 10.16 % | 10.54 % | (.38)% | ($49,532.63) | A |
| 1985 | $9,905,415.54 | $1,223,615.07 | 12.35 % | 10.17 % | 2.18 % | $215,938.06 | A |
| 1986 | $12,604,367.91 | $1,084,493.51 | 8.60 % | 8.36 % | .24 % | $30,250.48 | A |
| 1987 | $12,030,545.86 | $807,304.15 | 6.71 % | 7.42 % | (.71)% | ($85,416.88) | A |
| 1988 | $20,900,884.17 | $687,990.11 | 3.29 % | 7.60 % | (4.31)% | ($900,828.11) | B |
| 1989 | $23,616,369.71 | $2,497,378.92 | 10.57 % | 8.90 % | 1.67 % | $394,393.37 | A |
| 1990 | $21,669,134.50 | $2,232,567.34 | 10.30 % | 8.78 % | 1.52 % | $329,370.84 | A |
| 1991 | $15,594,622.59 | $1,272,138.85 | 8.16 % | 7.68 % | .48 % | $74,854.19 | A |
| 1992 | $13,741,921.58 | $589,095.97 | 4.29 % | 6.80 % | (2.51)% | ($344,922.23) | BE |

——————————— Summary for this Account ———————————

| | |
|---|---|
| Average Annual Invested Balance | $16,223,626.42 |
| Average Annual Interest Posted | $1,645,740.66 |
| Weighted Average Yield | 10.14 % |
| Weighted Average Benchmark | 10.08 % |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992


Tribe 124 (P11124) - Accounts 94182600 and 99182600
Principal and Related Interest Account Have Been Combined for this Analysis.


| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1982 | $1,219,316.99 | $150,612.26 | 12.35 % | 14.48 % | (2.13)% | ($25,971.45) | BC |
| 1983 | $155,828.12 | $15,499.79 | 9.95 % | 10.88 % | (.93)% | ($1,449.20) | A |
| 1984 | $6,809.52 | $654.89 | 9.62 % | 10.54 % | (.92)% | ($62.65) | A |


——————— Summary for this Account ———————

| | |
|---|---|
| Average Annual Invested Balance | $460,651.54 |
| Average Annual Interest Posted | $55,588.98 |
| Weighted Average Yield | 12.07 % |
| Weighted Average Benchmark | 14.05 % |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992

Tribe 124 (P11124) - Accounts 94182601 and 99182601
Principal and Related Interest Account Have Been Combined for this Analysis.

| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1982 | $9,642.38 | $4,315.40 | 44.75 % | 14.48 % | 30.27 % | $2,918.75 | BD |
| 1983 | $282.28 | $364.25 | 129.04 % | 10.88 % | 118.16 % | $333.54 | A |

————— Summary for this Account —————

| | |
|---|---|
| Average Annual Invested Balance | $4,962.33 |
| Average Annual Interest Posted | $2,339.83 |
| Weighted Average Yield | 47.15 % |
| Weighted Average Benchmark | 14.38 % |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992

Tribe 124 (P11124) - Accounts 94182615 and 99182615
Principal and Related Interest Account Have Been Combined for this Analysis.

| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1983 | $8,074.53 | $368.22 | 4.56 % | 10.88 % | (6.32)% | ($510.31) | A |
| 1984 | $19,596.71 | $1,555.93 | 7.94 % | 10.54 % | (2.60)% | ($509.51) | A |
| 1985 | $19,944.38 | $3,131.08 | 15.70 % | 10.17 % | 5.53 % | $1,102.92 | B |
| 1986 | $22,121.11 | $2,015.14 | 9.11 % | 8.36 % | .75 % | $165.91 | A |
| 1987 | $8,559.02 | $604.92 | 7.07 % | 7.42 % | (.35)% | ($29.96) | A |

——————— Summary for this Account ———————

| | |
|---|---|
| Average Annual Invested Balance | $15,659.15 |
| Average Annual Interest Posted | $1,535.06 |
| Weighted Average Yield | 9.80 % |
| Weighted Average Benchmark | 9.52 % |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992

Tribe A65 (P00A65) - Accounts 94182600 and 99182600
Principal and Related Interest Account Have Been Combined for this Analysis.

| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1981 | $447,181.66 | $4,163.79 | .93 % | 14.74 % | (13.81)% | ($61,755.79) | B |

———————————— Summary for this Account ————————————

| | |
|---|---|
| Average Annual Invested Balance | $447,181.66 |
| Average Annual Interest Posted | $4,163.79 |
| Weighted Average Yield | .93 % |
| Weighted Average Benchmark | 14.74 % |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS FOR
FISCAL YEARS 1978 THROUGH 1992

Tribe A65 (P00A65) - Accounts 94182601 and 99182601
Principal and Related Interest Account Have Been Combined for this Analysis.

| Fiscal Year | Average Daily Invested Balance | Total Earned Interest Posted on Investments | Calculated Yield | Benchmark | Variance | Calculated Variance | Disposition (refer to B-1) |
|---|---|---|---|---|---|---|---|
| 1981 | $33,365.20 | $2,932.05 | 8.79 % | 14.74 % | (5.95)% | ($1,985.23) | B |

——————— Summary for this Account ———————

Average Annual Invested Balance          $33,365.20
Average Annual Interest Posted            $2,932.05
Weighted Average Yield                        8.79 %
Weighted Average Benchmark                   14.74 %

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

### SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

Below are the findings for variances that exceeded the tolerable range:

1)  Account:          7040 and 7540
    Fiscal Year:      1988
    Code:             B

    Issue -

    | | |
    |---|---|
    | Calculated Yield | 2.26% |
    | Benchmark | 7.60 |
    | Variance | (5.34)% |

    Finding -
    The variance is due to timing differences in the posting of interest earned on investments. The net effect of the variance was due to investments maturing in Fiscal Year 1989 on which interest was earned in Fiscal Year 1988. We recalculated interest earnings to reflect when interest was earned instead of when paid as follows:

    | | |
    |---|---|
    | Recalculated Yield | 7.99% |
    | Benchmark | 7.60 |
    | Adjusted Variance | 0.39% |

    Variance is within tolerable range and no adjustment is proposed.

2)  Account:          7068 and 7568
    Fiscal Year:      1991
    Code:             B

    Issue -

    | | |
    |---|---|
    | Calculated Yield | 5.16% |
    | Benchmark | 7.68 |
    | Variance | (2.52)% |

    Finding -
    The variance is due to timing differences in the posting of interest earned on investments. The net effect of the variance was due to investments maturing in Fiscal Year 1992 on which interest was earned in Fiscal Year 1991. We recalculated interest earnings to reflect when interest was earned instead of when paid as follows:

    | | |
    |---|---|
    | Recalculated Yield | 6.56% |
    | Benchmark | 7.68 |
    | Adjusted Variance | (1.12)% |

    Variance is within tolerable range and no adjustment is proposed.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

3)  Account:        7473 and 7973
    Fiscal Year:    1978
    Code:           B

    Issue -

    | | |
    |---|---|
    | Calculated Yield | 5.27% |
    | Benchmark | 7.67 |
    | Variance | (2.40)% |

    Finding -
    The variance is due to timing differences in the posting of interest earned on
    investments. The net effect of the variance was due to investments maturing in Fiscal
    Year 1979 on which interest was earned in Fiscal Year 1978. We recalculated interest
    earnings to reflect when interest was earned instead of when paid as follows:

    | | |
    |---|---|
    | Recalculated Yield | 7.46% |
    | Benchmark | 7.67 |
    | Adjusted Variance | (0.21)% |

    Variance is within tolerable range and no adjustment is proposed.

4)  Account:        7473 and 7973
    Fiscal Year:    1988
    Code:           B

    Issue -

    | | |
    |---|---|
    | Calculated Yield | 3.29% |
    | Benchmark | 7.60 |
    | Variance | (4.31)% |

    Finding -
    The variance is due to timing differences in the posting of interest earned on
    investments. The net effect of the variance was due to investments maturing in Fiscal
    Year 1989 on which interest was earned in Fiscal Year 1988. We recalculated interest
    earnings to reflect when interest was earned instead of when paid as follows:

    | | |
    |---|---|
    | Recalculated Yield | 7.71% |
    | Benchmark | 7.60 |
    | Adjusted Variance | 0.11% |

    Variance is within tolerable range and no adjustment is proposed.



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

5)  Account:        7473 and 7973
    Fiscal Year:    1992
    Code:           B, E

    Issue -

    | | |
    |---|---|
    | Calculated Yield | 4.29% |
    | Benchmark | 6.80 |
    | Variance | (2.51)% |

    Finding -
    The variance is due to timing differences in the posting of interest earned on
    investments. The net effect of the variance was due to investments maturing in Fiscal
    Year 1993 on which interest was earned in Fiscal Year 1992. We recalculated interest
    earnings to reflect when interest was earned instead of when paid as follows:

    | | |
    |---|---|
    | Recalculated Yield | 4.53% |
    | Benchmark | 6.80 |
    | Adjusted Variance | (2.27)% |

    It is reasonable that variance remains below tolerable range due to investments made at
    interest rates ranging from 3.03% to 6.4%. No adjustment is proposed.

6)  Account:        94182600 and 99182600
    Fiscal Year:    1982
    Code:           B, C

    Issue -

    | | |
    |---|---|
    | Calculated Yield | 12.35% |
    | Benchmark | 14.48 |
    | Variance | (2.13)% |

    Finding -
    Based on our review, we noted that $106,202 of interest earnings was posted as principal on
    November 24, 1981. This posting caused the earnings related to Fiscal Year 1982 to be
    understated. The misposting was corrected in the following Fiscal Year. The interest amount
    must be added into the current year calculation to properly reflect interest earnings related to
    Fiscal Year 1982. In addition, the net effect of the variance due to timing differences in the
    posting of interest is due to investments maturing in Fiscal Year 1983 on which interest is
    earned in Fiscal Year 1982. We recalculated interest earnings to reflect when interest was
    earned instead of when paid as follows:

    | | |
    |---|---|
    | Recalculated Yield | 15.00% |
    | Benchmark | 14.48 |
    | Adjusted Variance | (0.52)% |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

Variance is within tolerable range and no adjustment is proposed.

7) Account:        94182601 and 99182601
   Fiscal Year:    1982
   Code:           B, D

Issue -

| | | |
|---|---|---|
| Calculated Yield | 44.75% |
| Benchmark | 14.48 |
| Variance | 30.27% |

Finding -
The variance is due to timing differences and the incorrect posting of interest earned on investments. The net effect of the variance was due to investments maturing in Fiscal Year 1982 on which interest is earned in Fiscal Year 1981. We recalculated interest earnings to reflect when interest was earned instead of when paid. In addition, an investment in the amount of $129,776 to mature on December 10, 1981 partially matured early on October 9, 1981 for $127,246 with $3,537 in interest. Based on the new maturity dates, we calculated the related interest at $3,018, resulting in an overstatement of $519. The interest must be deducted from the current year calculation to properly reflect interest related to Fiscal Year 1982. We proposed an adjustment to reduce interest by this amount. The proposed adjustment has not been reviewed by the Bureau as the amount is below scope.

| | | |
|---|---|---|
| Recalculated Yield | 14.61% |
| Benchmark | 14.48 |
| Adjusted Variance | 0.13% |

Variance is within tolerable range.

8) Account:        94182615 and 99182615
   Fiscal Year:    1985
   Code:           B

Issue -

| | | |
|---|---|---|
| Calculated Yield | 15.70% |
| Benchmark | 10.17 |
| Variance | 5.53% |

Finding -
The variance is due to timing differences in the posting of interest earned on investments. The net effect of the variance was due to investments maturing in Fiscal Year 1986 on which interest was earned in Fiscal Year 1985. We recalculated interest earnings to reflect when interest was earned instead of when paid as follows:



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

|  |  |
|---|---|
| Recalculated Yield | 11.17% |
| Benchmark | 10.17 |
| Adjusted Variance | 1.00% |

Variance is within tolerable range and no adjustment is proposed.

9)  Account:        94182600 and 99182600
    Fiscal Year:    1981
    Code:           B

Issue -

|  |  |
|---|---|
| Calculated Yield | 0.93% |
| Benchmark | 14.74 |
| Variance | (13.81)% |

Finding -
The variance is due to timing differences in the posting of interest earned on investments. The net effect of the variance was due to investments maturing in Fiscal Year 1982 on which interest was earned in Fiscal Year 1981. We recalculated interest earnings to reflect when interest was earned instead of when paid as follows:

|  |  |
|---|---|
| Recalculated Yield | 17.56% |
| Benchmark | 14.74 |
| Adjusted Variance | 2.82% |

Variance is within tolerable range and no adjustment is proposed.

10) Account:        94182601 and 99182601
    Fiscal Year:    1981
    Code:           B

Issue -

|  |  |
|---|---|
| Calculated Yield | 8.79% |
| Benchmark | 14.74 |
| Variance | (5.95)% |

Finding -
The variance is due to timing differences in the posting of interest earned on investments. The net effect of the variance was due to investments maturing in Fiscal Year 1982 on which interest was earned in Fiscal Year 1981. We recalculated interest earnings to reflect when interest was earned instead of when paid as follows:



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF INVESTMENT YIELD ANALYSIS PROCEDURES AND RESULTS

| | |
|---|---|
| Recalculated Yield | 16.95% |
| Benchmark | 14.74 |
| Adjusted Variance | 2.21% |

Variance is within tolerable range and no adjustment is proposed.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF TREASURY INTEREST RECALCULATION PROCEDURES AND RESULTS

### PROCEDURES

The following procedures were applied to Fiscal Years 1978 through 1992. General ledger income/cost codes needed to determine whether a transaction is interest related were not available for years prior to Fiscal Year 1978 and, therefore, interest receipts could not be identified for comparison.

We recalculated Treasury Overnighter interest earnings and statutory Treasury interest earnings received by Yakama Nation on the daily cash balance in each of Yakama Nation's Trust accounts using the applicable Treasury interest rates and daily balances provided by the Bureau.

### SUPPLEMENTAL INFORMATION

Arthur Andersen LLP recalculated interest earnings on uninvested cash balances for comparison to actual interest postings. The recalculation was based on Bureau historical treatment of cash balance interest allocations, which was a simple interest calculation at statutory rates through December 31, 1984. As of January 1, 1985, interest was compounded daily based on applicable Treasury posted rates. Assumptions derived from the Bureau historical calculations were used by Arthur Andersen LLP to develop a computer program to perform the recalculations.

The recalculations represent a detailed estimate of what should have been posted to an account, applying the same theory the Bureau used historically. However, certain historical events and data quality limitations prevent an exact recalculation and comparison, such as:

- Bureau delays in the posting of actual interest created timing differences in the comparisons (i.e., cash versus accrual calculation differences). In some cases, the delays were significant and overlapped several calculation periods.

- Transaction dates were not available for all transactions and were derived based on certain assumptions in order to prepare a mathematically valid calculation.

- Beginning in January 1985, the Bureau's historical internal allocation method did not calculate interest retroactively to the effective date of the transaction when the transaction was not posted on a timely basis (i.e., the transaction was posted after Treasury interest had been calculated for the period to which the transaction pertained). The date of data entry of a transaction is not available in the data provided by the Bureau to Arthur Andersen LLP. The recalculations are retroactive to the effective date of the transaction.

**Following is a summary of the basic assumptions included in the recalculations:**

- Cash balances used as a basis for recalculations were derived by taking the current cash balance at the beginning of the fiscal year and adjusting for posted transactions affecting cash during the year.



ATTACHMENT B-2
Page 2 of 5

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF TREASURY INTEREST RECALCULATION PROCEDURES AND RESULTS

- The daily average cash balance was recalculated considering all proposed date changes identified in the Basic Reconciliation.

- Interest was recalculated on the average cash balance for all accounts, including negative cash balances that resulted in negative interest recalculations.

- The following priority was used in determining the dates used in the Treasury Interest Recalculation where the original effective date was not available or was determined to be inaccurate through the reconciliation process.

  o  Basic Reconciliation proposed date changes to the general ledger based on financial source documents, concurred with by the Bureau.

  o  Effective date obtained from investment/MoneyMax reports for investment transactions greater than or equal to $5,000 which lack effective dates in the general ledger, and certain transactions less than $5,000 represented by the same investment document reference researched.

  o  Effective date obtained from the Bureau manual interest calculation ledgers for unreconciled transactions greater than or equal to $5,000 which lack effective dates in the general ledger.

  o  Effective date obtained from source documents provided by the Bureau for unreconciled transactions greater than or equal to $5,000 which lack effective dates in the general ledger and could not be resolved through research of investment/MoneyMax reports.

  o  Approximate transaction dates were derived from the document reference. The Bureau has historically utilized the transaction month or Julian date in its coding convention for document references. Julian dates were converted, or when available, the month was identified from the document reference, and the transaction was assigned an effective date of the 15th of that month.

  o  Approximate transaction dates were derived based on the month a transaction first appeared in the general ledger. Based on research of monthly hard copy reports, a transaction was assigned the 15th day of the month it first appeared.

  o  Interest calculated for Fiscal Year 1992 includes a calculation of interest for transactions posted in Fiscal Year 1993 with effective dates on or prior to September 30, 1992.

- Interest, for the appropriate time periods, was recalculated as follows:

  ### July 1978 - December 1984

  o  Statutory rates of four (4) percent or five (5) percent were utilized for simple interest calculated every six (6) months on average cash balances. Four (4) or five (5) percent applied to principal account balances only (i.e., no interest applied to accounts 7500 through 7999 or 9500 through 9999, which are interest accounts) as provided by U.S. Code Title 25 § 161a.



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF TREASURY INTEREST RECALCULATION PROCEDURES AND RESULTS

### January 1985 - September 1992

o  Daily posted Treasury rates (provided by the Bureau) were compounded daily based on each day's average cash balance for all accounts. Principal and interest accounts were combined for comparison (i.e., all 7XXX and 9XXX accounts).

•  The calculated interest amounts for each account and each year were compared to the total actual overnighter interest postings identified as those transactions with a document description containing a "BB" with a "Z" or "AW" and an element component (revenue code) of 9701, with the one (1) exception of document TT05Z0002 posted in Fiscal Year 1982, which was also determined to have been used to post overnighter interest, and certain AW's and element component of 9701 posted to Alaska Native Fund determined not to be overnighter.

Below are specific laws related to investments and rates of interest of Tribal funds held in Trust.

UNITED STATES CODE TITLE 25 INDIANS

SUBCHAPTER III - DEPOSIT, CARE, AND INVESTMENT ON INDIAN MONEYS

25 § 161a.    Tribal funds in trust in Treasury Department; rate of interest

All funds with account balances exceeding $500 held in Trust by the United States and carried in principal accounts on the books of the Treasury Department to the credit of Indian Tribes, upon which interest is not otherwise authorized by law, shall bear simple interest at the rate of 4 per centum per annum.

(Feb. 12, 1929, C. 178 § 1, 45 Stat. 1164; June 13, 1930, c. 483, 46 Stat. 584.)

25 § 161a.    Tribal funds in trust in Treasury Department; investment by Secretary of the Treasury; maturities; interest

That all funds held in Trust by the United States and carried in principal accounts on the books of the United States Treasury to the credit of Indian tribes shall be invested by the Secretary of the Treasury, at the request of the Secretary of the Interior, in public debt securities with maturities suitable to the needs of the fund involved, as determined by the Secretary of the Interior, and bearing interest at rates determined by the Secretary of the Treasury, taking into consideration current market yields on outstanding marketable obligations of the United States of comparable maturities.

(As amended Oct. 4, 1984, Pub. L. 98-451, § 1, 98 Stat. 1729.)

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF TREASURY INTEREST RECALCULATION PROCEDURES AND RESULTS

### FINDINGS

Our recalculation of Yakama Nation's Treasury interest resulted in an amount greater than what was posted by the Bureau.

The following page summarizes the recalculation and related interest impact. The net calculated difference and related interest resulted in proposed adjustments to each account affected (see accompanying Tribal Account Statement).



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

### SUMMARY OF TREASURY INTEREST RECALCULATION PROCEDURES AND RESULTS
### FISCAL YEARS 1978 THROUGH 1992

| Fiscal Year | Recalculated Interest | Interest Posted | Recalculated Greater Than Posted (1) | Recalculated Less Than Posted (1) | Net Proposed Adjustment (2) | Interest Impact of Adjustment (3) | Total Adjustment Plus Interest Impact (2) |
|---|---|---|---|---|---|---|---|
| 1978 | $ 12,845 | $ 9,291 (4) | $ 3,554 | $ - | $ 3,554 | $ 11,450 | $ 15,004 |
| 1979 | 13,327 | 11,382 | 1,945 | - | 1,945 | 5,493 | 7,438 |
| 1980 | 7,009 | 3,496 | 3,513 | - | 3,513 | 8,479 | 11,992 |
| 1981 | 9,360 | - | 10,689 | (1,329) | 9,360 | 18,488 | 27,848 |
| 1982 | 15,999 | 8,868 | 7,131 | - | 7,131 | 11,401 | 18,532 |
| 1983 | (3,622) | (457) | 19,499 | (22,664) | (3,165) | (4,253) | (7,418) |
| 1984 | 6,897 | (6,817) | 35,897 | (22,183) | 13,714 | 15,362 | 29,076 |
| 1985 | 31,303 | 4,613 | 31,223 | (4,533) | 26,690 | 24,672 | 51,362 |
| 1986 | 69,374 | 6,494 | 69,790 | (6,910) | 62,880 | 48,786 | 111,666 |
| 1987 | 147,170 | 49,857 | 98,305 | (992) | 97,313 | 63,559 | 160,872 |
| 1988 | 130,276 | - | 130,276 | - | 130,276 | 69,878 | 200,154 |
| 1989 | 259,464 (4) | 503,706 | - | (244,242) | (244,242) | (100,352) | (344,594) |
| 1990 | 319,490 | 355,689 | 2,353 | (38,552) | (36,199) | (10,751) | (46,950) |
| 1991 | 341,770 | 348,877 | 1,806 | (8,913) | (7,107) | (1,453) | (8,560) |
| 1992 | 270,290 (5) | 285,882 (6) | - | (15,652) | (15,652) | (1,999) | (17,651) |
| Totals | $ 1,630,892 | $ 1,580,881 | $ 415,981 | $ (365,970) | $ 50,011 | $ 158,760 | $ 208,771 |

(1)  These columns represent the gross positive or negative variances calculated for all accounts.

(2)  Combined (net) adjustment for all accounts within the fiscal year.

(3)  This is the interest impact of the fiscal year Treasury Interest Recalculation.  The interest computed was based on Bureau provided Benchmark rates (see Attachment B-1) based upon the overall yield for all Tribes' investments and assumed annual compounding.  Benchmarks may not be representative of any single Tribe's investment yields.  The Benchmark rates were applied to the individual adjustments at the end of each fiscal year through September 30, 1994.

(4)  Excludes interest of $1,463 in Fiscal Year 1978 as interest earned in Fiscal Year 1977.

(5)  Includes interest of ($2,615) calculated on transactions posted in Fiscal Year 1993 with effective dates prior to September 30, 1992.

(6)  Includes interest of $24,075 posted on October 1, 1992 (Fiscal Year 1993) identified as interest earned in Fiscal Year 1992.

-59-



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF PRO FORMA PROCEDURES AND RESULTS

### PROCEDURES

The following procedures were applied to Fiscal Years 1978 through 1992. General ledger income/cost codes needed to determine whether a transaction is interest related were not available for years prior to Fiscal Year 1978 and, therefore, interest receipts could not be identified for comparison.

We performed, for informational purposes only, pro forma calculations of interest income on uninvested funds for Fiscal Years 1978 through 1992 for all of Yakama Nation's Trust accounts. This calculation is an estimate of what might have been earned had uninvested funds yielded returns comparable to the Benchmark rates. The calculation is an automated calculation of interest based on Bureau provided general ledger reported balances and the Benchmark rates.

### SUPPLEMENTAL INFORMATION

The following summary compares the pro forma calculated interest to Bureau postings of interest for actual earnings on cash balances. The calculation and comparison is for informational purposes only, provided at the request of the Bureau. It is a theoretical estimation of what might have been earned on cash balances, had the funds been invested at the investment rates provided. No investigation was made to explain variations or resolve timing differences of cash basis interest postings. Variances do not represent exceptions resulting in proposed adjustments.

### FINDINGS

See table on the following page.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

SUMMARY OF PRO FORMA PROCEDURES AND RESULTS
FISCAL YEARS 1978 THROUGH 1992

| Fiscal Year | Calculated Interest | Interest Posted | Calculated Greater Than Posted (1) | Calculated Less Than Posted (1) | Net Variance (2) |
|---|---|---|---|---|---|
| 1978 | $ 24,421 | $ 9,291 (3) | $ 24,630 | $ (9,500) | $ 15,130 |
| 1979 | 36,614 | 11,382 | 36,933 | (11,701) | 25,232 |
| 1980 | 20,760 | 3,496 | 20,873 | (3,609) | 17,264 |
| 1981 | 31,677 | - | 31,730 | (53) | 31,677 |
| 1982 | 58,324 | 8,868 | 58,901 | (9,445) | 49,456 |
| 1983 | (12,228) | (457) | 27,913 | (39,684) | (11,771) |
| 1984 | 13,555 | (6,817) | 43,979 | (23,607) | 20,372 |
| 1985 | 41,904 | 4,613 | 41,715 | (4,424) | 37,291 |
| 1986 | 75,788 | 6,494 | 76,610 | (7,316) | 69,294 |
| 1987 | 169,190 | 49,857 | 120,380 | (1,047) | 119,333 |
| 1988 | 123,009 | - | 123,009 | - | 123,009 |
| 1989 | 222,698 | 503,706 | 1,675 | (282,683) | (281,008) |
| 1990 | 321,922 | 355,689 | 6,642 | (40,409) | (33,767) |
| 1991 | 380,254 | 348,877 | 32,547 | (1,170) | 31,377 |
| 1992 | 452,129 (5) | 285,882 (2) | 193,258 | (27,011) | 166,247 |
| Totals | $ 1,960,017 | $ 1,580,881 | $ 840,795 | $ (461,659) | $ 379,136 |

(1) These columns represent the gross positive or negative variances calculated for all accounts.
(2) Combined (net) variance for all accounts within the fiscal year.
(3) Excludes interest of $1,463 posted in Fiscal Year 1978 identified as interest earned in Fiscal Year 1977.
(4) Includes interest of ($2,615) calculated on transactions posted in Fiscal Year 1993 with effective dates prior to September 30, 1992.
(5) Includes interest of $24,075 posted on October 1, 1992 (Fiscal Year 1993) identified as interest earned in Fiscal Year 1992.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF ANALYTICAL REVIEW PROCEDURES AND REPORTABLE CONDITIONS

### PROCEDURES

We reviewed Yakama Nation's account statement detail of transactions (for Fiscal Years 1978 through 1992, as income/cost codes were not available for years prior to Fiscal Year 1978) discussed in the Basic Reconciliation and investigated judgmentally identified unusual fluctuations in receipts and disbursements. Below are the general procedures that were performed:

- Reviewed statement histories for Yakama Nation's accounts and documented potential problem areas (i.e., unusual fluctuations in receipts, disbursements, etc.).

- Followed-up with the Bureau/Agency or Tribal personnel and reviewed supporting documentation as appropriate for items identified above.

- Depending on the type of receipt being tested and documents being reviewed, documented any unusual or questionable transactions or documents such as:
  - Unexplainable fluctuations in receipts
  - Unusually large or small receipts
  - Unusually large or inconsistent disbursements
  - Inconsistent transaction volumes
  - Misclassification of receipt types

In order to apply analytical review procedures, we have identified a number of assumptions applied to the data. In general, it is assumed that the vast majority of the transactions for Yakama Nation are regular and recurring, and of relatively similar dollar amounts based on the fact that almost all of Yakama Nation's revenues are from annual lease agreements. Therefore, logical relationships between information fields have been established by applying the following procedures. By applying these procedures we have identified conditions where the expected relationship is not apparent.

- Summarized the receipt and disbursement data in graphs and tables to identify trends and any unusual deviations. Noted any situation that appeared to be unusual or inconsistent and required further explanation.

- Investigated the causes of the situations discovered during summary review. Attempted to resolve each condition by examining the individual transactions and source documents, if available.

- For each finding not satisfactorily resolved by examining transaction detail and source documents, we presented the results of our investigation to the Bureau for further review.

- Documented and reported all findings, regardless of resolution.

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF ANALYTICAL REVIEW PROCEDURES AND REPORTABLE CONDITIONS

### SUPPLEMENTAL INFORMATION

An analytical review of Yakama Nation's non-judgment award accounts (7040, 7051, 7068, 7473 and 7973) was conducted for anomalies such as unusual fluctuations in receipts, large disbursements, etc., that may indicate potential problem areas with the collection and posting of receipts and disbursements.

Analytical review is a high-level process to identify whether data and identified relationships are reasonable in relation to trends and other expectations. Analytical review procedures are intended to enhance an overall understanding of the data and to reveal apparent inconsistencies that may not be identified through the use of detailed testing.

Analytical review is by nature, a judgmental task. No standard list of procedures exists to apply to every situation. As such, the results of actual services performed are reported for the Bureau's consideration and acceptance. Analytical review procedures are intended to supplement substantive procedures performed; they cannot be expected to uncover all existing or potential problems. Inconsistencies and abnormalities in the transaction data are not always caused by inappropriate or improper actions, nor do all inappropriate or improper actions cause significant fluctuations in expected data relationships.

The Bureau has directed Arthur Andersen LLP to apply analytical review procedures to the receipt and disbursement transaction data from Fiscal Years 1978 through 1992 (i.e., income/cost codes not available prior to Fiscal Year 1978) for Yakama Nation. Interest receipts were included in the graphical data in order to accurately compare disbursements with receipts. The source documentation for the procedures was the general ledger transaction data supplied by the Bureau.

As a result of performing analytical review procedures, Arthur Andersen LLP has noted the following:

- Although timber receipts fluctuate, they account for the majority of Yakama Nation's income (see Graphs A and D).
- Surface receipts have been a stable source of income since Fiscal Year 1989 (see Graphs A and E).
- Although disbursements of one (1) year, according to Yakama Nation's Budget Strategy (based on discussions with Agency and Yakama Nation's representatives) should correspond to receipts of the previous year, they often did not (see Graph H). Yakama Nation's disbursements; however, for the fifteen (15) year span reviewed did approximate the same amount of receipts collected (see condition H). Disbursements appear to increase with increased available funds as part of Yakama Nation's budgeting process (see Graphs H, I and condition H).
- The graphical data indicates minimal "oil and mineral" receipts over the period reviewed. However, based on discussions with Agency personnel and our review of one (1) transaction posted as "oil and mineral" (i.e., the remaining five (5) transactions were unreconciled), it appears that these six (6) transactions were misclassified.



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF ANALYTICAL REVIEW PROCEDURES AND REPORTABLE CONDITIONS

### REPORTABLE CONDITIONS

As a result of our analytical review procedures, below is a list of conditions that were determined to be unusual and, therefore, reportable:

| Description of Condition | Results of Arthur Andersen LLP Follow-Up/ Bureau Response |
|---|---|
| A) "Other Receipts" increased by approximately $3.4 million in Fiscal Year 1985 (see Graph B). | From a detailed list of receipt transactions, we noted a collection of $3.7 million in Fiscal Year 1985. Based on review of the transfer document, the large transaction was due to the transfer of funds from IMPL ESCROW Tribal IIM account to Yakama Nation 7473 account. |
| B) "Other Receipts" increased by approximately $6.9 million in Fiscal Year 1988, an increase of about 100 times over Fiscal Year 1987 (see Graph B). | Based on review of the transfer document dated June 28, 1988, the receipt was transferred to the "Land Enterprise" account from Yakama Nation Tribal Individual Indian Money (IIM) accounts. The Land Enterprise account is the Tribal Trust account Yakama uses for land acquisitions. Prior to 1988, receipts (primarily from surface leases) were posted to one (1) of two (2) Tribal IIM accounts -- account number 124T000030 or 124T000835. According to an Agency representative, all Yakama Nation Tribal IIM accounts containing Trust funds were closed. With this direction, the Agency transferred balances from Yakama Nation Tribal IIM accounts to Tribal Trust accounts. Subsequent to this direction, all Trust receipts have been receipted into Trust account 7040. |
| C) Over the fifteen (15) years reviewed, there were only six (6) "Oil and Mineral" transactions accounting for a total of $388 (see Graphs C and L). | From a detailed list of receipt transactions, we selected the six (6) "Oil and Mineral" transactions for testing. Five (5) of those transactions were not provided to us and could not be examined (i.e., unreconciled). From the one (1) transaction that was examined, the receipt type was not stated on the document. After discussing with Agency representatives, no receipts from oil and mineral should have been collected, and no verification of the transactions could be obtained. |
| D) From Fiscal Years 1982 through 1987, timber receipts were considerably lower than in the years prior to and subsequent to that period (see Graph D). | Per Agency inquiry, the timber market is affected by, but not limited to market prices and demand. Over the period that Yakama's timber receipts were low, the timber market was depressed as well. No other explanation could be provided. Other Tribes reviewed, however, demonstrate similar trends. |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF ANALYTICAL REVIEW PROCEDURES AND REPORTABLE CONDITIONS

| Description of Condition | Results of Arthur Andersen LLP Follow-Up/ Bureau Response |
|---|---|
| E) Starting in Fiscal Year 1988, timber receipts significantly increased by approximately $5 million accompanied by a further increase of $6 million in Fiscal Year 1991 (see Graph D). | According to Agency representatives, the upward surge in timber receipts is due to favorable market conditions. In Fiscal Years 1991 and 1992, timber sales increased further because Federal Forests' timber sales were restricted due to environmental concerns creating high demand for Tribal timber. In addition to favorable market conditions, there was a marginal increase in timber receipts caused by the above mentioned Bureau decision to post receipts to Yakama Nation Trust accounts instead of the Tribal IIM accounts (see condition B above). |
| F) In Fiscal Year 1980, "Surface Receipts" were approximately nine (9) times higher than in previous and subsequent years (see Graph E). | From a detailed list of receipt transactions, we noted an unusual collection of $1.3 million that caused the increase in surface receipts. Based on review of the journal voucher, the collection was miscoded and should have been coded as "Timber Receipts." |
| G) For Fiscal Years 1989 through 1992, "Surface Receipts" increased by approximately nine (9) times over previous years (see Graph E). | As discussed above, in Fiscal Year 1988 a Bureau decision was made to post receipts (primarily from surface leases) that previously would be posted to the IIM accounts to Yakama Nation "Land Enterprise" account under appropriation number 7040 (see condition B above). |
| H) Over the fifteen (15) years reviewed, disbursements fluctuated. There is no relationship between receipts and disbursements (see Graph H). | Per discussion with an Agency representative, there should be a direct relationship between disbursements and receipts. One (1) year's disbursements are budgeted according to the previous years receipts on a percentage basis. 45% is budgeted for government operations; another 45% is budgeted for the individual Indians; and 10% goes into a perpetual reserve. Based on this budgeting system, it is expected that disbursements in one (1) year are approximately 90 percent of receipts in the previous year. However, the graphic data does not indicate the existence of such a relationship. Although we have not resolved the inconsistencies affecting disbursements as a whole, we have identified certain areas where fluctuations can be partially explained. In relation to prior fiscal years, we noted that disbursements were unusually high in Fiscal Years 1981, 1985 and 1990 through 1992. Based on Agency inquiry and review of supporting documents, Yakama Nation distributed funds that had accumulated in the aforementioned perpetual reserve. Such disbursements would be in addition to disbursements budgeted from the previous year's receipts. Aside from Fiscal Years 1985, 1991 and 1992 where funds from the perpetual reserve were distributed, disbursements should not have significantly deviated from 90 percent of the previous year's receipts. |

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT
FIVE TRIBES FILL THE GAP/SPECIAL PROCEDURES

AGREED-UPON PROCEDURES AND FINDINGS REPORT
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION
JULY 1, 1972 THROUGH SEPTEMBER 30, 1992

## SUMMARY OF ANALYTICAL REVIEW PROCEDURES AND REPORTABLE CONDITIONS

| Description of Condition | Results of Arthur Andersen LLP Follow-Up/ Bureau Response |
|---|---|
| | In fiscal years where significant deviations did occur, no further explanation could be provided by Agency personnel. We did note, however, that over the span of the fifteen (15) years reviewed, total receipts and total disbursements were $273,533,063 and $252,901,089, respectively (i.e., disbursements were 92% of receipts. See Graph I). |
| I)   There are seventy-four (74) negative-dollar transactions amounting to $158,423 that are coded as receipts. | From a detailed list of receipt transactions, we selected all negative-dollar transactions. Of the seventy-four (74) negative dollar receipts, thirty-eight (38) transactions could be reviewed based on available documentation. We judgmentally selected four (4) of these transactions amounting to $140,222. Of the four (4) transactions selected for testing, one (1) transaction in the amount of $138,371 was due to a transfer of funds. One (1) negative-dollar transaction of $1,600 was due to an insufficient check. One (1) negative-dollar transaction of $215 was due to a repayment of a dividend, and one (1) negative transaction of $36 was due to the payment for identification cards and reservation maps. |
| J)   There are 159 positive-dollar transactions amounting to $457,898 that are coded as disbursements. | From a detailed list of disbursement transactions, we selected all positive-dollar transactions. Of the 159 positive dollar disbursements, sixty-seven (67) transactions could be reviewed based on available documentation. We judgmentally selected nineteen (19) of these transactions amounting to $18,466 for testing. Of these nineteen (19) transactions, seven (7) transactions amounting to $17,332 were due to checks drawn that did not clear the bank. Two (2) transactions totaling $492 were return of per capita payments. Seven (7) transactions totaling $289 were for reimbursements of the unused portion of travel expenses. Finally, three (3) items totaling $353 were transfers of funds within the Bureau. |



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT

AGREED-UPON PROCEDURES AND FINDINGS
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION

GRAPH A

Total Receipt Dollars
(FY's 1978 - 1992)



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT

AGREED-UPON PROCEDURES AND FINDINGS
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION

**GRAPH B**

Other Receipt Dollars
(FY's 1978 - 1992)

| Fiscal Year | Dollars |
|---|---|
| '78 | 71,606 |
| '79 | 397,819 |
| '80 | 270,398 |
| '81 | 424,960 |
| '82 | 397,758 |
| '83 | 357,628 |
| '84 | 486,710 |
| '85 | 3,903,628 |
| '86 | 155,828 |
| '87 | 63,767 |
| '88 | 6,922,076 |
| '89 | 83,019 |
| '90 | 134,834 |
| '91 | 226,148 |
| '92 | 209,253 |

-68-





U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT

AGREED-UPON PROCEDURES AND FINDINGS
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION

**GRAPH C**

Oil and Mineral Receipt Dollars
(FY's 1978 - 1992)

-69-





ATTACHMENT C
Page 9 of 21

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT

AGREED-UPON PROCEDURES AND FINDINGS
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION

GRAPH D

Timber Receipt Dollars
(FY's 1978 - 1992)

-70-





U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT

AGREED-UPON PROCEDURES AND FINDINGS
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION

**GRAPH E**

Surface Receipt Dollars
(FY's 1978 - 1992)





ATTACHMENT C
Page 11 of 21

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT

AGREED-UPON PROCEDURES AND FINDINGS
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION

GRAPH F

Interest Receipt Dollars
(FY's 1978 - 1992)

Fiscal Year

| Fiscal Year | Interest Receipt Dollars |
|---|---|
| '78 | 377,964 |
| '79 | 1,459,187 |
| '80 | 2,269,067 |
| '81 | 3,550,213 |
| '82 | 3,764,588 |
| '83 | 1,578,837 |
| '84 | 1,317,686 |
| '85 | 1,228,228 |
| '86 | 1,090,875 |
| '87 | 853,409 |
| '88 | 703,755 |
| '89 | 3,451,803 |
| '90 | 2,721,413 |
| '91 | 2,031,688 |
| '92 | 1,134,464 |

Dollars

-72-





U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
TRIBAL TRUST FUNDS RECONCILIATION PROJECT

AGREED-UPON PROCEDURES AND FINDINGS
FOR
CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION

GRAPH G

Total Disbursement Dollars
(FY's 1978 - 1992)

-73-

