IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) No. 06cv02239-JR |
| v. | ) **(Electronically filed July 16, 2008)** |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF JOINDER IN REPLY IN SUPPORT OF PLAINTIFFS'
MOTION FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

Plaintiffs the Nez Perce Tribe, *et al.*, hereby give notice that they join in the Reply in Support of Plaintiffs' Motion for Entry of Trust Record Preservation Orders filed today, July 16, 2008 by Plaintiffs in *Ak-Chin Indian Community v. Kempthorne,* No. 06-2245 (Doc. # 58); *Passamaquoddy Tribe v. Kempthorne, et al.,* No. 06-2240 (Doc. # 47); *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.,* No. 06-2441 (Doc. # 48); and, *Tohono O'Odham Nation v. Kempthorne, et al.,* No. 06-2236 (Doc. # 45).

DATED this 16th day of July, 2008

Respectfully submitted,

                                              */s/     Melody L. McCoy*
                                              MELODY L. MCCOY, USDC Bar. No. CO0043
                                              DONALD R. WHARTON
                                              DAVID L. GOVER
                                              DAWN S. BAUM
                                              MARK C. TILDEN
                                              JOHN E. ECHOHAWK
                                              WALTER R. ECHO-HAWK, JR.
                                              Native American Rights Fund
                                              1506 Broadway
                                              Boulder, CO 80302
                                              Tel (303) 447-8760
                                              Fax (303) 443-7776
                                              E-mail mmccoy@narf.org

                                              Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of July, 2008, a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF JOINDER IN REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF TRUST RECORD PRESERVATION ORDER was served by Electronic Case Filing or by regular first class U.S. mail, postage pre-paid, on the following counsel:

E. KENNETH STEGBEY
ANTHONY P. HOANG
KEVIN J. LARSEN
MAUREEN RUDOLPH
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel (202) 616-4119
Tel (202) 305-0241
Tel (202) 305-0479
Fax (202) 353-2021

JOHN H. MARTIN
U.S. Department of Justice
Natural Resources Section
1961 Stout St., Eighth Floor
Denver, CO 80294
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax (303) 844-1350

Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN
GLADYS I. COHOCARI
SHANI N. WALKER
Office of the Solicitor
U.S. Department of the Interior
Washington, DC 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

                                */s/     Melody L. McCoy*
                                MELODY L. MCCOY, USDC Bar. No. CO0043
                                Attorney for Plaintiffs