IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) No. 06cv02239-JR |
| v. | ) |
| DIRK KEMPTHORNE,<br>Secretary of the Interior, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF JOINDER IN PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

On June 16, 2008, Defendants moved to dismiss this action. (Doc. # 58). Plaintiffs the Nez Perce Tribe, *et al.*, hereby give notice that they join in the Principal Brief in Opposition to Defendants' Motion to Dismiss filed today, July 16, 2008 by Plaintiffs in *Ak-Chin Indian Community v. Kempthorne,* No. 06-2245 (Doc. # 59); *Passamaquoddy Tribe v. Kempthorne, et al.,* No. 06-2240 (Doc. # 48); *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.,* No. 06-2441 (Doc. # 49); and, *Tohono O'Odham Nation v. Kempthorne, et al.,* No. 06-2236 (Doc. # 46).

DATED this 16th day of July, 2008

Respectfully submitted,

                                       */s/     Melody L. McCoy*
                                       MELODY L. MCCOY, USDC Bar. No. CO0043
                                       DONALD R. WHARTON
                                       DAVID L. GOVER
                                       DAWN S. BAUM
                                       MARK C. TILDEN
                                       JOHN E. ECHOHAWK
                                       WALTER R. ECHO-HAWK, JR.
                                       Native American Rights Fund
                                       1506 Broadway
                                       Boulder, CO 80302
                                       Tel (303) 447-8760
                                       Fax (303) 443-7776
                                       E-mail mmccoy@narf.org

                                       Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of July, 2008, a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF JOINDER IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS was served by Electronic Case Filing or by regular first class U.S. mail, postage pre-paid, on the following counsel:

E. KENNETH STEGBEY
ANTHONY P. HOANG
KEVIN J. LARSEN
MAUREEN RUDOLPH
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel (202) 616-4119
Tel (202) 305-0241
Tel (202) 305-0479
Fax (202) 353-2021

JOHN H. MARTIN
U.S. Department of Justice
Natural Resources Section
1961 Stout St., Eighth Floor
Denver, CO 80294
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax (303) 844-1350

Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN
GLADYS I. COHOCARI
SHANI N. WALKER
Office of the Solicitor
U.S. Department of the Interior
Washington, DC 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

                                        */s/   Melody L. McCoy*
                                        MELODY L. MCCOY, USDC Bar. No. CO0043
                                        Attorney for Plaintiffs