IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEZ PERCE TRIBE, et al. | Case No. 1:06-cv-02239-JR |
| THE COLORADO RIVER INDIAN TRIBES | Case No. 1:06-cv-02212-JR |
| PECHANGA BAND OF LUISENO MISSION INDIANS | Case No. 1:06-cv-02206-JR |
| Plaintiffs, | |
| v. | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al. | |
| Defendants. | |

**MOTION OF PLAINTIFFS COLORADO RIVER INDIAN TRIBES
AND PECHANGA BAND OF LUISENO MISSION INDIANS
TO BE ALLOTTED ARGUMENT TIME
FOR DEFENDANTS' MOTION TO DISMISS**

Pursuant to the Court's order of May 6, 2008, Plaintiffs Colorado River Indian Tribes and Pechanga Band of Luiseno Mission Indians, both of which are represented by undersigned counsel, respectfully move to be allotted argument time at the hearing on Defendants' Motion to Dismiss which is scheduled for July 24, 2008 at 10:00 am.

WHEREFORE it is respectfully requested that Plaintiffs' motion be granted.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Steven D. Gordon
Steven D. Gordon
District of Columbia Bar No. 219287
Lynn E. Calkins
District of Columbia Bar No. 445854
Stephen J. McHugh
District of Columbia Bar No. 485148
Holland & Knight LLP
2099 Pennsylvania Ave. NW, Suite 100
Washington, D.C. 20006
202-955-3000 (phone)
202-955-5564 (fax)

*Counsel for Plaintiffs*
*Colorado River Indian Tribes*
*Pechanga Band of Luiseno Mission Indians*

## CERTIFICATE OF SERVICE

I hereby certify that on, July 21, 2008, I electronically transmitted the foregoing **Motion of Plaintiffs Colorado River Indian Tribes and Pechanga Band of Luiseno Mission Indians To Be Allotted Argument Time For Defendants' Motion To Dismiss** to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

                                    /s/ Steven D. Gordon
                                    Steven D. Gordon

# 5488523_v1