IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, <u>et</u> <u>al</u>.,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>DIRK KEMPTHORNE,  )<br>Secretary of the Interior, <u>et</u> <u>al</u>.,  )<br>  )<br>    Defendants.  )<br>_____)  | Case No. 06cv02239-JR |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO OPPOSE OR OTHERWISE RESPOND TO
PLAINTIFFS' MOTION FOR LEAVE TO SEND COURT-APPROVED NOTICE**

Pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. P. 6) and Local Civil Rule (LCvR 7), Defendants respectfully move for an enlargement of time, to and including September 9, 2008, within which to oppose or otherwise respond to Plaintiffs' motion for leave for Plaintiffs' Counsel to Send Court-Approved Notice ("Plaintiffs' motion"). Defendants' opposition or response is presently due August 22, 2008. This motion is Defendants' first such motion.

The grounds for this motion are as follows:

1. Plaintiffs' motion was filed on August 8, 2008. By Defendants' calculation, under Fed. R. Civ. P. 5(b)(2)(E) and LCvR 7(b), Defendants' opposition or response to Plaintiffs' Motion is due by August 22, 2008.

2. Counsel for Defendants have been, and continue to be, working diligently on their papers in response to Plaintiffs' motion. They need additional time, however, to complete their response papers, submit them for further review by the appropriate officials and employees at the Departments of Justice, the Interior, and the Treasury, incorporate and otherwise address the resulting comments, finalize the papers, and file them. Also, Defendants' counsel have been and

continue to be busy with work on other cases, including but not limited to <u>Osage Nation of Oklahoma v. Kempthorne</u>, No. 99cv00550-ECH (Fed. Cl.); <u>Confederated Tribes of the Warm Springs Reservation v. United States</u>, No. 02cv00126-SGB (Fed. Cl.); <u>Ak-Chin Indian Community v. Kempthorne</u>, No. 06cv02245 (D.D.C.); and <u>Ak-Chin Indian Community v. United States</u>, No. 06cv00932-ECH (Fed. Cl.).

    3.    Pursuant to LCvR 7, undersigned Defendants' counsel tried to contact Plaintiff's counsel, Melody McCoy, by telephone about this motion on August 22, 2008, but was unable to reach her.  Also, undersigned Defendants' counsel sent a message by e-mail to Ms. McCoy, requesting the extension.  As of the time of this filing, Defendants' counsel has not heard from Plaintiffs' counsel, and, therefore, he has not been able to ascertain Plaintiffs' position on this motion.

    4.    The granting of this motion will not result in undue prejudice or harm to the rights and interests of the parties in this litigation.  Rather, it will serve the public interests and promote the goals of judicial economy and efficiency by ensuring that the Court has a fully developed record upon which to review and determine whether to grant Plaintiff's motion for leave.  Denial of this motion will have an adverse effect on Defendants' rights and interests, however, because Defendants will not be able to submit to the Court a fully developed and vetted response to Plaintiffs' motion for leave.

WHEREFORE, Defendants respectfully request that their motion for enlargement of time be GRANTED and that the Court allow Defendants to and including September 9, 2008, to file their opposition or response to Plaintiffs' Motion.

Respectfully submitted this 22nd day of August, 2008,

        RONALD J. TENPAS
        Assistant Attorney General

        */s/ Michael D. Thorp*
        MICHAEL D. THORP
        E. KENNETH STEGEY, D.C. 474127
        MAUREEN RUDOLPH
        ANTHONY P. HOANG, FL Bar #798193
        United States Department of Justice
        Environment and Natural Resources
        Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel: (202) 305-0456
        Tel: (202) 616-4119
        Tel: (202) 305-0479
        Tel: (202) 305-0241
        Fax: (202) 353-2021

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION OR RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE COURT-APPROVED NOTICE was served on August 22, 2008, by Electronic Case Filing, unless otherwise noted below, on the following counsel:

    Melody McCoy
    Donald R. Wharton
    David R. Gover
    John E. Echohawk
    Native American Rights Fund
    1506 Broadway
    Boulder, CO  80302

                                        */s/ Michael D. Thorp*
                                        MICHAEL D. THORP

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEZ PERCE TRIBE, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06cv02239-JR |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# **[PROPOSED] ORDER**

This matter is before the Court on Defendants' Motion for Enlargement of Time. Upon consideration of the motion, the supporting memoranda, the record and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall file their Memorandum in Opposition, or other response, to Plaintiffs' Motion For Leave For Plaintiffs' Counsel To Send Court Approved Notice on or before September 9, 2008.

Dated: _____          _____
                                 JAMES ROBERTSON
                                 United States District Judge