**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE NEZ PERCE TRIBE, *et al.*,      :
                                    :
        Plaintiffs,                 :
                                    :
    v.                              : Civil Action No. 06-2239 (JR)
                                    :
DIRK KEMPTHORNE, Secretary of       :
the Interior, *et al.*,             :
                                    :
        Defendants.                 :

<u>**ORDER**</u>

        Defendant's motion [74] for an extension until September 9 of its time to respond to plaintiff's motion [73] is **granted**, but counsel should take notice that the Court expects to approve the idea of sending notice and focus their response on what the notice should say.


                            JAMES ROBERTSON
                    United States District Judge