IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEZ PERCE TRIBE, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-cv-2239-TFH |
| | ) | |
| KENNETH L. SALAZAR, | ) | Judge Thomas F. Hogan |
| Secretary of the Interior, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] SCHEDULING ORDER**

This matter comes before the Court on the motion of Plaintiff Klamath Tribe, Defendants, and proposed intervenor Klamath Claims Committee for approval and entry of a proposed scheduling order relating to the Klamath Claims Committee's motion to intervene in this case (ECF Docket No. 172). Upon consideration of the parties' motion and for good cause shown, it is hereby ORDERED that

1. The parties' motion should be and hereby is granted.

2. Plaintiff Klamath Tribe shall have to and including July 19, 2012, to file its opposition or other response to the Klamath Claims Committee's motion to intervene;

3. Defendants shall have to and including July 19, 2012, to file its opposition or other response to the Klamath Claims Committee's motion to intervene;

4. The Klamath Claims Committee shall have to and including August 9, 2012, to file its reply to Plaintiff's and Defendants' oppositions or responses to the Committee's motion.

SO ORDERED.

Dated: _____    _____
THOMAS F. HOGAN
United States District Judge